## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

AUG 1 7 201

Michael N. Milby, Clerk

C.H.

| | | |
|---|---|---|
| UNDERWRITERS INSURANCE COMPANY,<br>Plaintiff | §<br>§<br>§<br>§ | **B -01 - 186** |
| VS. | §<br>§ | C.A. No. H-01-2161<br>In Admiralty |
| KANDI SUE, INC. AND<br>BUSTER HARRIS,<br>Defendant | §<br>§<br>§ | Rule 9(h) |

### DEFENDANTS' KANDI SUE, INC. AND BUSTER HARRIS
### MOTION TO TRANSFER VENUE
### AND NOTICE OF MOTION

TO:   Underwriters Insurance Company, Plaintiff
through its attorney of record
Mr. Mark Cohen
Cohen, Gorman & Putnam, L.L.P.
The Niels Esperson Building
808 Travis Street, Suite 808
Houston, Texas 77002-5710

A Motion to Transfer Venue of the declaratory judgment civil action brought by Plaintiff Underwriters Insurance Company is being filed with the Court on this date. The motion is not currently set for hearing. Defendants' motion to transfer venue is based on the following grounds:

a)   The present forum is inconvenient for the Defendants, and Plaintiff will not be inconvenienced by transfer. *Sorrels Steel Co. v. Great SW Corp.,* 651 F.Supp. 623, 629 (S.D. Miss. 1986).

b)   A transfer to another district will be more convenient for the Defendants' material witnesses. 28 U.S.C. §1404(a); *Laumann*



*Mfg. Corp. v. Castings USA, Inc.,* 913 F.Supp. 712, 720 (E.D. N.Y. 1996).

Specifically, the following witnesses whose affidavits are attached to this motion, will be called by Defendants to testify at trial:

1)   Buster Harris, individual defendant and president of Kandi Sue, Inc., who resides in Brownsville, Texas, and whose testimony will relate to facts and evidence establishing the seaworthy condition of the F/V *Ensolido* at the time the vessel was insured by Plaintiff and the due diligence of Defendants to make the vessel seaworthy thereafter, his opinion as to the cause of casualty on January 9, 2001, and the nature and extent of damage and cost of repairs to the vessel resulting from the casualty. In addition, Mr. Harris states that the master and crewmembers of the F/V *Ensolido* are located in Brownsville, Cameron County, Texas, as are a number of persons who were involved in the repair and maintenance of the vessel. None of these witnesses are currently employed by Defendants. Mr. Harris maintains that it is more convenient and less expensive to litigate this claim in the Brownsville Division rather than in the Houston Division. Another concern of Mr. Harris is his serious health condition and that of his spouse Vivian Harris, both of whom suffer with heart disease.

2)   Morgan Gross, resident of Brownsville, Texas and president and general manager of Border Shipyards, Inc., whose testimony will relate to maintenance and repairs to the F/V *Ensolido* in late May 2000 before the F/V *Ensolido* was insured by Plaintiff and thereafter following the casualty of January 9, 2001; and the nature and extent of damage resulting from the casualty. Mr. Gross maintains that it would be more convenient to present his testimony and the evidence, including the testimony of his identified yard's employees   who also reside in the Brownsville area

regarding the condition of the F/V *Ensolido*, in court at Brownsville, Texas rather than Houston, Texas.

3) Carlton Reyes, marine surveyor, resident of Los Fresnos, Cameron County, Texas and having his business at Brownsville Shrimp Basin, who surveyed the condition of the F/V *Ensolido* before the vessel was insured by Plaintiff, and thereafter following the casualty of January 2001. Mr. Reyes will also offer his expert testimony regarding the cause of the casualty and the nature and extent of damage to the Vessel.

c) Practical considerations make the trial of this case more efficient and less expensive in the Brownsville Division of the United States District Court for the Southern District of Texas because the F/V *Ensolido*, which is the subject of the disputed insurance claim, is homeported at Brownsville, Texas and is available for inspection by experts there when necessary. Since it is approximately 400 miles from Brownsville to Houston, it would be greatly inconvenient and unduly expensive for Defendants to bring forth witnesses and attend any trial in Houston, Texas. The financial burden on Defendants to litigate this case is compounded by the current financial distress of Defendants resulting from the casualty to the F/V *Ensolido*, and the denial by Plaintiff of its substantial claim in excess of $75,000 for necessary repairs to the vessel and the indebtedness which has been incurred by Defendants in borrowing funds to repair the vessel.

Defendants' motion to transfer venue is based on the attached memorandum of points and authorities and the following evidence:

1)   Affidavit of Buster Harris, individual defendant and president of Kandi Sue, Inc. marked Exhibit A with attached exhibits marked A-1, A-2 and A-3;

2)   Affidavit of Morgan Gross, president and general manager of Border Shipyards, Inc., marked Exhibit B with invoices attached marked Exhibit B-1 and B-2;

3)   Affidavit of Carlton Reyes, marine surveyor, marked Exhibit C with survey reports attached marked Exhibits C-1, C-2, C-3 and C-4.

For the reasons stated and in the interests of justice, Defendants Kandi Sue, Inc. and Buster Harris pray that this declaratory judgment civil action be transferred to the Brownsville Division of the United States District Court for the Southern District of Texas.

Defendants request that the Court authorize oral hearing on this motion.

Respectfully submitted,

Jack G. Carinhas, Jr.
S.B. 03795000
Fed ID #1179
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Tel:   956/542-9161
Fax:   956/542-3651
Attorney-in-Charge

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing pleading was served on Mr. Mark Cohen, Cohen, Gorman & Putman, L.L.P., The Niels Eperson Building, 808 Travis Street, Suite 808, Houston, Texas 77002-5710, by Certified Mail, Return Receipt Requested, postage prepaid and properly addressed on this 16th day of August, 2001.

Jack G. Carinhas, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNDERWRITERS INSURANCE §
COMPANY, §
     Plaintiff §
 §
VS. § C.A. No. H-01-2161
 § In Admiralty
KANDI SUE, INC. AND § Rule 9(h)
BUSTER HARRIS, §
     Defendant §

## AFFIDAVIT OF BUSTER HARRIS

THE STATE OF TEXAS §
 §
COUNTY OF CAMERON §

On this day **Buster Harris** appeared before me the undersigned notary public, and after I administered an oath to him, upon his oath, he stated:

1) My name is Buster Harris, I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2) I am 65 years of age, born November 24, 1935. I am a resident of Brownsville, Cameron County, Texas. I have been diagnosed with heart disease, including tachycardia, high blood pressure and high cholesterol.

3) I am the individual defendant sued in the referenced civil action and I am president of Kandi Sue, Inc. My spouse Vivian Harris and myself are the stockholders of that corporation. Vivian Harris, who has responsibility for handling the financial

**Page - 1**


Exhibit

A

obligations of our company, also suffers from severe heart disease and I need to monitor her daily.

4) Kandi Sue, Inc. is a Texas corporation with its office and only place of business at the Brownsville Shrimp Basin, Cameron County, Texas, as evidenced by the attached Certificate of Incorporation and Articles of Incorporation marked Exhibits "A-1" and "A-2". Neither myself or Kandi Sue, Inc. have any office or place of business in Houston, Texas.

5) Kandi Sue, Inc. is the sole owner of the steel-hulled Gulf shrimp trawler F/V *Ensolido*, Official No. 609583, which has its home port in Brownsville, Cameron County, Texas, where the vessel was built in 1979.

6) Beginning on August 4, 2000 the F/V *Ensolido* was insured by Underwriters Insurance Company, policy number MHZ00622001. The Hull and P&I insurance effected by Kandi Sue, Inc. with Underwriters Insurance Company was solicited by telephone and mail to my office in Brownsville, Cameron County, Texas and all premiums for such policy were paid by Kandi Sue, Inc. from its office in Brownsville, Cameron County, Texas.

7) In late May 2000 the F/V *Ensolido* was hauled out for bottom maintenance and necessary repairs at Border Shipyards, Inc. located at Brownsville Shrimp Basin, Cameron County, Texas.

8) Prior to January 9, 2001 the F/V *Ensolido* departed for a shrimping trip off the Texas coast from its dock facilities at Brownsville Shrimp Basin, Cameron County, Texas and at that time her Master was Abel Bravo, a resident of Brownsville, Cameron County, Texas. The Vessel's other crewmembers also reside in Brownsville, Cameron County, Texas while so employed.

9) On or about January 9, 2001 the F/V *Ensolido* foundered while operating offshore of the Texas coast in the vicinity of Corpus Christi, Texas, after which casualty the vessel was returned to the Brownsville Shrimp Basin for inspection, survey and repair. All inspections and surveys were performed at Brownsville, Cameron County, Texas, which surveys included that performed by Marine Surveyor Carlton Reyes, a resident of Cameron County, Texas.

10) All repairs to the F/V *Ensolido* as a result of the casualty were performed at Brownsville Shrimp Basin, Cameron County, Texas, including bottom work, refrigeration and machinery work, and freezer insulation work, all of which was done by residents of Cameron County, Texas. Attached hereto marked Exhibit A-2 is a schedule listing all of the persons and businesses which were involved in repair of the F/V *Ensolido* following her casualty. Such schedule reflects that the total cost of repairs as of this date is $75,164.98 of which there remains an unpaid balance in the sum of $55,127.77.

11) Kandi Sue, Inc. is a small family owned business corporation, and it would suffer financial hardship in the event that it is required to litigate its insurance claim arising out of the casualty sustained by the F/V *Ensolido* on January 9, 2001 in Houston, Texas. Moreover, because of the casualty to the F/V *Ensolido* and the denial of its claim by Underwriters Insurance Company, litigation of this lawsuit in Houston, Texas would present a serious financial burden to Kandi Sue, Inc. and myself.

Further Affiant sayeth not.

BUSTER HARRIS

SWORN TO AND SUBSCRIBED BEFORE ME by the said BUSTER HARRIS, on this the 19th day of July, 2001, to certify which witness my hand seal of office.

KRISTEN MARIE SILGUERO
NOTARY PUBLIC
State of Texas
Comm Exp. 01-26-2003

_____
NOTARY PUBLIC

**Page - 4**



# The State of Texas

## Secretary of State

CERTIFICATE OF INCORPORATION

OF

KANDI SUE, INC.
CHARTER NUMBER 797331

THE UNDERSIGNED, AS SECRETARY OF STATE OF THE STATE OF TEXAS, HEREBY CERTIFIES THAT ARTICLES OF INCORPORATION FOR THE ABOVE CORPORATION, DULY SIGNED AND VERIFIED HAVE BEEN RECEIVED IN THIS OFFICE AND ARE FOUND TO CONFORM TO LAW.

ACCORDINGLY THE UNDERSIGNED, AS SUCH SECRETARY OF STATE, AND BY VIRTUE OF THE AUTHORITY VESTED IN THE SECRETARY BY LAW, HEREBY ISSUES THIS CERTIFICATE OF INCORPORATION AND ATTACHES HERETO A COPY OF THE ARTICLES OF INCORPORATION.

DATED   MAY 15, 1986



_____
Secretary of State

Exhibit

A-1

ARTICLES OF INCORPORATION

OF

.. KANDI SUE, INC.

FILED
Bu. . . th. Office of the
.f Texas
MAY 1 5 1986
Clerk E
Corporations Section

We, the undersigned natural persons of the age of twenty-one (21) years, or more, at least two (2) of whom are citizens of the State of Texas, acting as Incorporators of a corporation under the Texas Business Corporation Act, do hereby adopt the following Articles of Incorporation for such corporation.

### ARTICLE ONE

The name of the corporation is KANDI SUE, INC.

### ARTICLE TWO

The period of its duration is perpetual.

### ARTICLE THREE

The purpose or purposes for which the corporation is organized are:

To produce, buy, sell, process and deal in shrimp and other sea foods; to own and operate fishing vessels.

### ARTICLE FOUR

The aggregate number of shares which the corporation shall have authority to issue is FIVE THOUSAND (5,000) of no par value.

### ARTICLE FIVE

The corporation will not commence business until it has received for the issuance of its shares consideration of the value of ONE THOUSAND AND NO/100 ($1,000.00) DOLLARS consisting of money, labor done, or property actually received, which sum is not less than ONE THOUSAND AND NO/100 ($1,000.00) DOLLARS.

### ARTICLE SIX

The Post Office address of its initial registered office is 912 North Indiana, Brownsville, Texas, and the name of its initial registered agent at such address is BUSTER HARRIS.

### ARTICLE SEVEN

The number of Directors constituting the initial Board of

A-2

Directors is three (3) and the names and addresses of the persons

who are to serve as Directors until the first annual meeting of

the shareholders or until their successors are elected and

qualified are:

BUSTER HARRIS
Star Route Box 18
Brownsville, Texas 78520

VIVIAN HARRIS
Star Route Box 18
Brownsville, Texas 78520

JOHN MARREN
Star Route Box 5
Brownsville, Texas 78520

The names and addresses of the Incorporators are:

BUSTER HARRIS
Star Route Box 18
Brownsville, Texas 78520

VIVIAN HARRIS
Star Route Box 18
Brownsville, Texas 78520

JOHN MARREN
Star Route Box 5
Brownsville, Texas 78520

IN WITNESS WHEREOF, we have hereunto set our hands this
__9th__ day of May, 1986.

BUSTER HARRIS

VIVIAN HARRIS

JOHN MARREN

SWORN TO AND SUBSCRIBED BEFORE ME by the said BUSTER HARRIS,

VIVIAN HARRIS and JOHN MARREN, to certify which witness my hand

and seal of office on this the __9th__ day of May, 1986.

Notary Public in and for
Cameron County, Texas
My Commmission Expires:
6-30-88

Page 2

| COMPANY | DESCRIPTION | AMOUNT | BAL OWED |
|---|---|---|---|
| ROBERSON MARINE SEVICES. | PERFORMED SALVAGE AND TOWING OF BOAT | $ 19,188.00 | $ 19,188.00 |
| MILF 431 SHIPYARD INC | SHIPYARD SERVICES TO PUMP OUT AND MAKE TEMPORARY REPAIRS TO VESSEL. | $ 510.00 | |
| UNDERWATER SERVICE INC. | DIVERS SERVICES TO INTALL TEMPORAY PATCH IN BOOTOM OF VESSEL AND COMPLETE PUMPING ORPERATIONS. | $ 1,175.00 | $ |
| RAY WOLF COMMERICAL DIVING, INC. | AUDIO GAGING OF VESSEL HULL | $ 212.50 | $ |
| HARRIS BOAT MAINTENANCE | PARTSAL CLEANING AND RENOVATION OF FISH HOLE TO PREPARE IT TO GO UP ON THE RAILWAY AT BORDER SHIPYARD 2 MEN 246 MAN HOURS AT $15.00 A HOUR. FERNANDO TORRES JR. AND PABLO PAREDES SR. | $ 3,700.00 | $ 3,700.00 |
| BORDER SHIPYARD | REPAIRS MADE TO VESSEL'S BOTTOM'S PLATING, REPACK STUFFINGBOX. PAINT BOTTOM AND RENEW ZINC ANODES | $ 1,508.71 | $ |
| SEA HORSE FISHERIES | FOR CLEANUP OF THE REMAINING DEBIS, CEMENT, FOAM AND FREEZER PLATES. ALL FREEZER PARTS AND REPACED 12 ANGLE IRONS. 3 MEN TOTAL MAN HOURS WAS 600 AT $15.00 A HOUR. ATANACIO HERRERA, JOSE SOLORIO AND ROBERTO LUCIO. | $ 9,000.00 | $ 9,000.00 |
| BROWNSVILLE RENTAL CENTER | AIR HAMMER FOR CLEANING OUT ICE BOX | $ 150.00 | $ |
| HARRIS BOAT MAINTENANCE | INSTALLATION OF STEERING PARTS IN WAY OF FISH HOLD DAMAGE. | $ 606.00 | $ 606.00 |
| JUAN'S ELECTRIC NOTE: WE DID NOT USE THIS COMPANY MARINE REFRIGERTION COMPANY,. INC. | WE GOT A BID FROM JUAN'S ELECTRIC AND IT WAS $11,200.00 LESS $1760.00 SO WE WENT WITH THEM. NOTE: WAS A ESTIMATE FOR REPAIRS AND INSTALLATION OF FREEZER PLATES AND RENVATION OF EXISTING HYDRAULICALLY DRIVEN FEFRIGERATION COMPAMPRESSOR SYSTEM. $ 12960.00 | $11,200.00 | $ 4,616.00 |
| MID-VALLEY URETHANE | FIX DAMAGE TO FREEZER AFTER IT WAS TOTAL CLEANED BY HARRIS BOATS MAINT. AND SEA HORSE FISHERIS. | $ 14,338.98 | $ 7,274.38 |
| ADAN LOPEZ | CARPENTER'S ESTIMATE FOR REBUILDING DAMAGED WOODEN HATCH COVERS AND INSTALLATION OF FIBERGLASS SHEATING OVER INSULATION. | $ 8,177.97 | $ 4,797.97 |
| CONSECO FINANCE ( McCOY'S) | FIBERED ROOF COATING 5 GAL. AND MATERIALS FOR FREEZER | $ 814.03 | $ |
| POWER SYSTEMS | SHAFT AND BEARNING | $ 146.67 | $ |
| ZIMCO MARINE  INC | SHIPYARD LABOR AND MATERIALS TO RECONDITION STEADY BEARING FOUND IN FISH HOLD. BEARINGS WERE SUBMERGED AND SUBJECT TO UNUSUAL STRESS DUE TO DEBRIS WRAPPED AROUND PROPELLOR SHAFT. | $ 1,155.27 | $ 1,155.27 |
| RODCO MARINE SUPPLY | MATERIALS AND SUPPLIES | $ 880.01 | $ 880.01 |
| SEA GARDEN SALES | MATERIALS AND SUPPLIES | $ 425.37 | $ 425.37 |
| ZIMCO MARINE, INC. | MATERIALS AND SUPPLIES | $ 2,694.45 | $ 2,694.45 |
| ANDERSON & ASSOCIATES | METALLURGICAL ANALYSIS OF HULL IN BOTTOM PLATE | $ 1,749.32 | $ 1,749.32 |
| REYES MARINE INDUSTRIES | 2001 SURVEY REPORT NO. 454 THE SURVEY WAS NECESSARY FOR VESSEL REPAIRS. | $ 297.67 | $ 297.67 |
| REYES MARINE INDUSTRIES | 2001 SURVEY NO.453 AND 454 THAT BOAT IS FIXED AND IS SEA WORHTY | $ 595.34 | $ 595.34 |
| | TOTAL | $ 78,058.99 | $ 58,620.78 |

OTHER ITEMS OF INTEREST

| AON RISK SERVICES | INSURANCE DENYING-CLAIM FAXED 40 PAGES |
|---|---|
| REYES MARINE INDUSTRIES | 1999 SRVEY NO. 318 THAT BOAT IS SEA WORHTY AND IN GOOD CONDITION FOR INSURANCE |
| THE CENTER MARINE MANAGERS, INC | POLICY MH2006220001 CERTIFIED MAIL JUNE 22-01 |

Exhibit

A-3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNDERWRITERS INSURANCE COMPANY,<br>    Plaintiff | § § § § | |
| VS. | § § | C.A. No. H-01-2161<br>In Admiralty |
| KANDI SUE, INC. AND BUSTER HARRIS,<br>    Defendant | § § § | Rule 9(h) |

## AFFIDAVIT OF MORGAN GROSS

| | |
|---|---|
| THE STATE OF TEXAS | § § |
| COUNTY OF CAMERON | § |

On this day **Morgan Gross** appeared before me the undersigned notary public, and after I administered an oath to him, upon his oath, he stated:

1)    My name is Morgan Gross, I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2)    I am a resident of Brownsville, Cameron County, Texas. I am employed as president and general manager of Border Shipyards, Inc., a Texas corporation with its principal place of business at Brownsville Shrimp Basin, Cameron County, Texas. I have held that position with Border Shipyards, Inc. since May 1998.

3)    Border Shipyards is engaged in the business as a small marine railway which provides maintenance and repair services for shrimp trawlers in the Brownsville/Port Isabel, Texas area. The

**Page - 1**

Exhibit

_B_

shipyard consists of four railways which allows several vessels to be raised and worked upon.

4)      Usually when a vessel owner needs to have its vessel repaired, the owner will make arrangements for Border to raise the vessel from the water. Once the vessel is raised and its bottom is inspected, the parties come to an agreement as to the scope of services which will be provided by Border on behalf of the Vessel's owner.

5)      In May 2000, while I was employed in the above capacity, the steel shrimp trawler F/V *Ensolido* owned by Buster Harris and his company Kandi Sue, Inc. was hauled out by Border Shipyards, Inc. for maintenance and necessary hull repairs. As general manager, I inspected the vessel's bottom and supervised all repairs performed to the Vessel. Attached hereto marked Exhibit B-1 is Border Shipyards, Inc.'s invoice #1136 dated May 25, 2000 which reflects that the total cost of repairs for the work performed upon the F/V *Ensolido* after discount was $7,814.48.    I have personal knowledge of all repairs performed to the vessel which are itemized in such invoice. The employees who performed maintenance and repairs to the bottom of the F/V *Ensolido* in May 2000 included Jesus Mendoza, Juan Serna, Adan Covarrubias, and Juan Torres, all of whom are residents of Brownsville, Cameron County, Texas.

6)      In January 2001, while I was employed in the above capacity, Border Shipyards, Inc. hauled out the F/V *Ensolido* for necessary bottom repairs following a casualty which the vessel sustained on January 9, 2001. I attended to inspection and supervised necessary repairs to the Vessel at that time. Attached hereto marked Exhibit "B-2" is Border Shipyards, Inc.'s invoice #1182 dated January 31, 2001, which itemizes all of the repairs performed to the Vessel at that time.    The discounted cost of such repairs was $1,505.71. The employees who performed the repairs to the bottom of the F/V *Ensolido* in January 2001 included Jesus Mendoza, Adan Covarrubias, and Juan Serna, all of whom are residents of Brownsville, Cameron County, Texas.

7)     My presence at the yard on a daily basis is required.

Further Affiant sayeth not.

_____
MORGAN GROSS

SWORN TO AND SUBSCRIBED BEFORE ME by the said MORGAN GROSS, on this the _19_ day of July, 2001, to certify which witness my hand seal of office.

_____
NOTARY PUBLIC

**Page - 3**

# B o r d e r   S h i p y a r d s ,   I n c.
## (9 5 6)  8 3 1 - 3 4 0 0

VESSEL: ENSOLIDO
OWNER: BUSTER HARRIS

INV. # ___1136___
DATE: 05-25-2000
PHONE: _____
FEET: 72

| ITEM | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 1 | HAUL-OUT. | : | 340.00 |
| 2 | SCAFOULING. | : | 283.00 |
| 3 | SCRAPE BOTTOM. | : | 399.00 |
| 4 | POWER WASH. | : | 60.00 |
| 5 | OSPHO SIDES. | : | 19.00 |
| 6 | REMOVE AND REINSTALL RUDDER. | : | 304.00 |
| 7 | REMOVE AND REINSTALL PROPELLER. | : | .00 |
| 8 | REMOVE AND REINSTALL PROPELLER COUPLING AND SHAFT. | : | 655.50 |
| 9 | RENEW CUTLESS (STERN BEARING) | : | 304.00 |
| 10 | RENEW CUTLESS RUDDER. | : | .00 |
| 11 | SPOT BLAST SIDES. | : | .00 |
| 12 | SWEEP BLAST SIDES. | : | 920.00 |
| 13 | SWEEP BLAST BOTTOM. | : | 480.00 |
| 14 | PAINT SIDES. (NAME & HOMEPORT) | : | 1,065.00 |
| 15 | PAINT BOTTOM. | : | 750.00 |
| 16 | RENEW ZINKS. | : | 200.00 |
| 17 | PACK STUFFING BOX. | : | 95.00 |
| 18 | SANDBLAST & PAINT LAZZARET | : | 842.00 |
| 19 | FIT AND INSTALL PLATES. | : | 300.00 |
| 20 | REMOVE AND REINSTALLED TRANSDUCER. | : | .00 |
| 21 | CLEAN DECK. | : | 114.00 |
| 22 | REMOVE AND REINSTALL ELBOW KEEL-COOLERS. | : | .00 |
| 23 | CLEAN KEEL-COOLER PIPES. | : | .00 |
| 24 | FIT AND INSTALL OIL COOLER. | : | .00 |
| 25 | FIT AND INSTALL FREON COOLER. | : | .00 |
| 26 | WELDED NIPPLE ON SEACOK. | : | 44.00 |
| 27 | WELD PROPELLER. | : | 28.00 |
| 28 | CUT KEEL COOLER TO CHECK & REWELDED. | : | 88.00 |
| 29 | INSTALLED WATER STOP RUDDER. | : | 37.50 |
| 30 | INSTALLED THRU PIPE FOR KEEL COOLER | : | 188.00 |
| 31 | CUT WINDOW ON STERN TO SANDBLAST & REWELDED. | : | 100.00 |
| | TOTAL LABOR COST::::::::::::::: | : | 7,616.00 |

| QTY | MATERIAL LIST | | | | |
|---|---|---|---|---|---|
| ____ | OSPHO | .00 | : | HAUL-OUT FEE'S------------ | 175.00 |
| ____ | ZINC-PRIMER | .00 | : | | |
| ____ | THINNER | .00 | : | OUTSIDE SERVICES---------- | .00 |
| ____ | NAVELON PACKING | .00 | : | | |
| ____ | TEFLON PACKING | .00 | : | TOTAL LABOR-------------- | 7,616.00 |
| 4 | MASKING TAPE | 12.00 | : | | |
| 4 | PAINT ROLLERS | 12.00 | : | TOTAL MATERIAL LIST------- | 54.00 |
| ____ | PAINT BRUSHES | .00 | : | | |
| ____ | PLATE | .00 | : | MARINE INSURANCE---------- | 380.75 |
| 6 | BRONZE RODS | 30.00 | : | | |
| ____ | | .00 | : | SALES TAX----------------- | EXEMPT |
| ____ | | .00 | : | | =============== |
| ____ | | | : | TOTAL AMOUNT DUE:::::::::: | 8,225.75 |
| | | 54.00 | : | DISC. | -411.29 |
| | | | | | 7,814.46 |

Pd. 6-2-00 #1104

Exhibit

B-1

# d o r d e r   S h i p y a r d s.   I n c.
## (9 5 6)   8 3 1 - 3 4 0 0

VESSEL: ENSOLIDO
OWNER: BUSTER HARRIS

INV. # 1182
DATE: 01-31-01
PHONE:
FEET:

| ITEM : | DESCRIPTION | : | AMOUNT |
|---|---|---|---|
| 1 : | HAUL-OUT. | : | 340. |
| 2 : | SCAFOULING. | : | .0 |
| 3 : | SCRAPE BOTTOM. | : | .0 |
| 4 : | POWER WASH. | : | .0 |
| 5 : | OSPHO SIDES. | : | .0 |
| 6 : | REMOVE AND REINSTALL RUDDER. | : | .0 |
| 7 : | REMOVE AND REINSTALL PROPELLER. | : | .0 |
| 8 : | REMOVE AND REINSTALL PROPELLER COUPLING AND SHAFT. | : | .0 |
| 9 : | RENEW CUTLESS (STERN BEARING) | : | .0 |
| 10 : | RENEW CUTLESS RUDDER. | : | .0 |
| 11 : | SPO1 BLAST SIDES. | : | .0 |
| 12 : | SWEEP BLAST SIDES. | : | .0 |
| 13 : | SWEEP BLAST BOTTOM. | : | .0 |
| 14 : | PAINT SIDES.  (NAME & HOMEPORT) | : | .0 |
| 15 : | PAINT BOTTOM. 1-4 X 8 3/16" PLATE. | : | 25.0 |
| 16 : | RENEW ZINKS. | : | 12.5 |
| 17 : | PACK STUFFING BOX. | : | 95.0 |
| 18 : | PACK RUDDER. | : | .00 |
| 19 : | FIT AND INSTALL PLATES. | : | .00 |
| 20 : | REMOVE AND REINSTALLED TRANSDUCER. | : | .00 |
| 21 : | BREAK CEMENTS. | : | .00 |
| 22 : | REMOVE AND REINSTALL ELBOW KEEL-COOLERS. | : | .00 |
| 23 : | CLEAN KEEL-COOLER PIPES. | : | .00 |
| 24 : | FIT AND INSTALL OIL COOLER. | : | .00 |
| 25 : | FIT AND INSTALL FREON COOLER. | : | .00 |
| 26 : | WELDED NIPPLE ON SEACOK. | : | .00 |
| 27 : | CUT PLATE ON BOTTOM 18" X 24". INSERTED 5/6" PLATE | : | .00 |
| : | OVER-LAPPED A 5/16" 2 X 8 5/16" PLATE. STARBOARD OVER-LAP | : | .00 |
| : | SIDE.  FIT & INSTALLED 5/16" PLATE. | : | 871.00 |
| : | | : | .00 |
| : | | : | .00 |
| : | TOTAL LABOR COST::::::::::::::: | : | 1,343.50 |

| QTY : | MATERIAL LIST | : | | | |
|---|---|---|---|---|---|
| ... : | OSPHO | .00 | : | HAUL-OUT FEE'S------------- | 175.00 |
| ... : | ZINC-PRIMER | .00 | : | | |
| ... : | THINNER | .00 | : | OUTSIDE SERVICES----------- | .00 |
| ... : | NAVELON PACKING | .00 | : | | |
| ... : | TEFLON PACKING | .00 | : | TOTAL LABOR-------------- | 1,343.50 |
| ... : | MASKING TAPE | .00 | : | | |
| 2 : | PAINT ROLLERS | 6.00 | : | TOTAL MATERIAL LIST------- | 6.00 |
| ... : | PAINT BRUSHES | .00 | : | | |
| ... : | PLATE | .00 | : | MARINE INSURANCE---------- | 60.4 |
| ... : | BRONZE RODS | .00 | : | | |
| ... : | ___ | .00 | : | SALES TAX---------------- | EXEMP |
| ... : | | .00 | : | | |
| : | | | : | TOTAL AMOUNT DUE:::::::::: | 1,584.9 |
| : | | 6.00 | : | DISC. | -79.2 |

Pd. 2-2-01  #1238

Exhibit
B-2

1,505.7

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNDERWRITERS INSURANCE COMPANY, | § § § | |
| Plaintiff | § | |
| | § | |
| VS. | § | C.A. No. H-01-2161 |
| | § | In Admiralty |
| KANDI SUE, INC. AND | § | Rule 9(h) |
| BUSTER HARRIS, | § | |
| Defendant | § | |

## AFFIDAVIT OF CARLTON REYES

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF CAMERON | § |

On this day **Carlton Reyes** appeared before me the undersigned notary public, and after I administered an oath to him, upon his oath, he stated:

1)  My name is Carlton Reyes; I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2)  I am a resident of Los Fresnos, Cameron County, Texas. I am employed as a marine surveyor and consultant by Reyes Marine Industries, Inc., of which I am the principal officer and stockholder. My office is located in Los Fresnos, Cameron County, Texas. I also have an office at the Brownsville Shrimp Basin, Cameron County, Texas, where I own and operate a fleet of five shrimp trawlers. My resume is attached hereto marked Exhibit C-1.

3)  I am familiar with and have personal knowledge of the condition of and seaworthiness of the shrimp trawler F/V


Exhibit
C

*Ensolido*, O.N. 609583, whose homeport is Brownsville, Texas. I have surveyed the condition of the F/V *Ensolido* before and after its casualty of January 9, 2001, which included my surveys on August 26, 1999, January 28, 2001, March 30, 2001 and June 28, 2001. My survey on January 28, 2001 included investigation of the circumstances and cause of the F/V *Ensolido*'s foundering on or about January 9, 2001 obtaining statements from the vessel's crewmembers, and ascertainment of the nature and extent of damage to the vessel as a result of the casualty.

4)     Attached hereto are the following survey reports reflecting my findings on inspection of the F/V *Ensolido* on the dates stated in Paragraph 3 above:

    a)     Condition and valuation report dated September 9, 1999 made at the request of underwriters dated September 9, 1999 marked Exhibit C-2;

    b)     Damage survey report dated February 1, 2001 with crewmember statements attached relating to the F/V *Ensolido* casualty on or about January 9, 2001, which is marked Exhibit C-3;

    c)     Condition and Appraisal report dated April 15, 2001 following completion of repairs to the F/V *Ensolido* marked Exhibit C-4; and

    d)     Follow-up report dated July 5, 2001 regarding completion of repairs and condition of the bottom of the F/V *Ensolido* marked Exhibit C-5.

5)     Because of the duties and requirements of my profession as marine surveyor, as well as of my business as owner and operator of shrimp trawlers at the Brownsville Shrimp Basin, it would be more convenient for me to appear in Court to give testimony regarding my survey findings and opinions regarding the F/V *Ensolido* if this litigation takes place in Brownsville, Texas.

Further, Affiant sayeth not.

_____
CARLTON REYES

SWORN TO AND SUBSCRIBED BEFORE ME by the said CARLTON REYES, on this the 24th day of July, 2001, to certify which witness my hand seal of office.

PATRICIA M. RIVERA
MY COMMISSION EXPIRES
October 23, 2001

_____
NOTARY PUBLIC

**Page - 3**



# REYES MARINE INDUSTRIES, INC.

104 Huisache Street
Los Fresnos, Texas 78566
Home Office 956-233-4734   Office 956-838-1219   Mobile 956-549-2461



Mr Jack Carinhas
302 Kings Hwy
Brownsville, Texas 78521

Re: Resume

Dear Mr. Carinhas

    My qualifications for a marine surveyor are as follows:
I have been a captain of vessels for 32 years. I have held and
currently hold a captain's license issued by the U. S. Coast
Guard since 1980.  I have owned and operated boats since 1978,
and during my years as a captain and owner I have directed
numerous major repairs of vessels.  I also hold a Texas
Department of Insurance License.  License Type 17-07 Marine
Adjuster.  Since obtaining my adjuster  license in 1992, I have
worked on many claims and performed over 470 Condition and
Valuation surveys.

Please give me a call if you have any questions.

Sincerely,

Carlton Reyes

Exhibit

C - 1





# REYES MARINE INDUSTRIES, INC.

104 Huisache Street

Los Fresnos, Texas 78566

**Carlton Reyes Marine Surveyor and Consultant**

Home Phone 956 233-4734   Mobile 956-549-2461   Office 956 838 1319

Survey Report No. _____318_____      Date __September 9, 1999__

This surveyor agrees to use his best efforts on behalf of those for whom this survey is made, but it is distinctly understood and agreed that this surveyor will have no liability for any errors or omissions, whether due to negligence or otherwise in excess of the actual charge made for this survey, and any and all persons interested in or to be affected hereby accept this report on that basis.

**VESSEL:  M/V "ENSOLIDO"**

**OFF.NO:  609583**

**SURVEY:  Condition and Apraisal**

Acting at the request of Mr. Howard Mason Jr. of Aon Risk Services the undersigned Surveyor did perform a survey on August 26, 1999 attend on board the above named vessel as she lay afloat at Shrimp Basin, Brownsville, Texas for the purpose of checking her general physical condition and to appraise her value thereof.

**VESSEL OWNED:** By Kandi Sue  Inc.

Star Route HC Box 18

Brownsville, Texas 78521

**VESSEL'S DESCRIPTION:** All welded steel "V" bottom hull shrimp Trawler with raked stem, square stern, flush deck, 36" midship to bow 30" midship to stern high closed bulwarks provided with adequate freeing ports. Steel  deckhouse with raised pilot house enclosed in foward end, Steel mast, deck-boom, out-riggers, galvanized steel rod and wire stays..

**ABOVE DECK:** Bow-compartment hatch. Deck house arrangement: Pilot house. One  (1)  bunk Captain quarters, Three (3) bunk crew quarters. Toilet/shower. Galley/mess. Engine room hatchway. Aft of deckhouse: Winches. Fish hold hatch. Dip tank. Lazaret hatch.

Exhibit

C-2

Case 1:01-cv-00186   Document 3   Filed in TXSD on 08/17/2001   Page 24 of 44

**SURVEY NO.** 318                    **-2-**                    September 9, 1999

**BELOW DECK:** Six (6) watertight and One (1) non-watertight bulkheads.
Peak water tank. Watertight bulkhead. Bow-compartment over double bottom
water tank.   Non-watertight bulkhead. Engine room. Wings fuel tanks
and lube oil and hydraulic oil tanks in engine room. Watertight bulkhead.
Fish hold. Watertight bulkhead. Fuel  tank. Watertight bulkhead. Wings
fuel tanks in lazaret.

**BUILT** in Brownsville Tx in 1979.
**HOME PORT:** Brownsville, Texas.
**DIMENSIONS:**    Length  82.7'      **Width**  22.0'      **Depth**  11.8'
**TONNAGE:**       Gross  132        **Net**  90

**GROUND TACKLE:** One (1) 200# Northill type anchor in anchor chute, with
chain pendant and 100 fathoms of 1 1/8" nylon rope, fitted with steel
bitt and deck winch hoisting gear.

**LIFE SAVING EQUIPMENT:** Four (4) approve life jackets. Three (3) life
rings. Flare gun kit. First aid kit. FURUNO 406 MHz E.P.I.R.B. One (1)
6-man Zodiac  inflatable life raft. One (1) 4-man life raft. All coast
guard required flares.

**MACHINERY AND AUXILIARIES:** Vessel is propelled by a CUMMINS diesel
engine, 6-cylinder Model 500 Series, with Twin Disc marine reverse and
reduction gear with a 6 to 1 ratio. Equipped with lube oil pressure
and fresh water temperature alarm system and float alarm. Closed fresh
water cooling system using keel cooler. Pilot house controls and gauges
checks   out O.K. Stuffing box gland is properly secured. **AUXILIARY**
engines  is  a  4-cylinder CATERPILLAR diesel engine.  No  gasoline
auxiliaries on board. Equipped with a loud bilge alarm system.
It is reported that the main engine last major over-haul was 1999.

Case 1:01-cv-00166   Document 3   Filed in TXSD on 08/17/2001   Page 25 of 44

**FREEZER SYSTEM:** One (1) 5F-30 compressor hydraulic driven of Main engine. Feezer plates in fish hold. Dip tank on deck.

**PUMPS:** Two (2) wash down and bilge pump. One (1) 1¼" Jabsco V-belted off Main engine. One (1) 1¼" Emerson electric pump. Lario fresh water pressure system.

**ELECTRICAL EQUIPMENT:** 32 volt system using four (4) 8-volt batteries, 100-amp alternator V-belted off main engine. 100amp alternator on 4-cylinder CATERPILLAR. 40 KW generator on 4-cylinder CATERPILLAR. ALL wiring, switches and receptacles appear in good condition.

**NAVIGATION EQUIPMENT:** Equipped with required navigation lights. Charts, 5" RITCHIE compass. KONEL depth recorder. FURUNO radar. DuBose SSB radiotelephone. KENWOOD VHF. FURUNO PL1000 loran/plotter. FURUNO LC-90 loran. COBRA CB. Spotlight. Fog Bell.

**STEERING GEAR:** Mahogany wheel in pilot house, mechanical steering using sprocket and roller chain through deck to sprocket on rotating shaft aft to sprocket and roller chain to quadrant. Fitted with quadrant stops. Equipped with Wood-Freeman auto-pilot.

**GALLEY:** 4-burner stove with oven, has safety rails. Butane fuel tanks located on deck with shut off valve and regulator near tanks, tank and piping appear in good condition. Stainless/steel sink. GE Refrig/freezer.

Case 1:01-cv-00186  Document 3  Filed in TXSD on 08/17/2001  Page 26 of 44

**SURVEY NO.** 318                    -4-                **September** 9, 1999

**FIRE FIGHTING EQUIPMENT:** Six   (6) dry chemical fire extinguishers.

| | | |
|---|---|---|
| Located: Two (2)  10# in pilot house. | Tested | 7-1999 |
| Two (2)  10# in galley/mess. | | 7-1999 |
| One (1)  10# in bow-compartment. | | 7-1999 |
| One (1)  10# in engine room. | | 7-1999 |

Deck hoses  piped to deck from pumps  in engine room.

**FISH HOLD:** Found clean  and appears in to be in good condition. Bilge
covers, grating and drainage also in good condition.

**VENTILATION:** Natural ventilation, engine room and bow-compartment vent
through engine room trunkway and bow-compartment hatch. Deck house is
air-conditioned with a central air/heat unit. Dry exhaust exits through
stack aft end of deck house.

**FISHING GEAR:** Equipped with 2-drum 620 DD Stroudsburg  winch, separate
try-net winch to port. fitted with safety rails and cable guides. All
trawl doors, dummy doors and nets appear in good condition. Inspected
all riggings, blocks, cables, ropes, etc., found in good condition.

**HOUSEKEEPING:** Last dry-docking reported 1989. Decks well coated with
non-skid paint.

     As far as may be ascertained from a general examination of this
vessel laying afloat without any removals or opening up to expose areas
normally concealed.  It is the opinion of the attending surveyor, as
hereinafter qualified, that this vessel is in good  condition and
suitable for operation in the intended service.

| **ESTIMATED VALUE:** | Estimated replacement value | $450,000. |
|---|---|---|
| | Estimated present market value | $185,000. |

Case 1:01-cv-00186   Document 3   Filed in TXSD on 08/17/2001   Page 27 of 44

**SURVEY NO. 318**            **-5-**            **September 9, 1999**

**RECOMMENDATIONS:**

(1) Install v-belt guard pump main engine.

(2) Place onboard spare anchor.

THIS SURVEY IS MADE WITHOUT PREJUDICE AND FOR THE BENEFIT OF WHOM IT
MAY CONCERN.

CARLTON REYES, MARINE SURVEYOR

/cr

Case 1:01-cv-00186    Document 3    Filed in TXSD on 08/17/2001    Page 28 of 44







# REYES MARINE INDUSTRIES, INC.

104 Huisache Street
Los Fresnos, Texas 78566
**Carlton Reyes Marine Surveyor and Consultant**
Home Phone 956-233-4734   Mobile 956-549-2461   Office 956-838-1219



Survey Report No. __434__          Date __February 1, 2001__

This surveyor agrees to use his best efforts on behalf of those for whom this survey is made, but it is distinctly understood and agreed that this surveyor will have no liability for any errors or omissions, whether due to negligence or otherwise in excess of the actual charge made for this survey, and any and all persons interested in or to be affected hereby accept this report on that basis.

### DAMAGE SURVEY
### VESSEL: M/V "ENSOLIDO"
### OFFICIAL NUMBER: 609583

THIS IS TO CERTIFY THAT the undersigned marine surveyor did at the request of Mr. Buster Harris, perform a survey on January 26, 2001 attend on board the above named vessel dry-docked at Border Shipyard, Inc. Shrimp Basin, Brownsville, Texas, in order to ascertain the nature, cause, and extent of damages to the M/V "ENSOLIDO" After taking on water while trawling approximately 40 miles South East of Corpus Christi, Texas on January 8, 2001.

### VESSEL PARTICULARS:

**BUILT AT=** Brownsville, Texas          **YEAR BUILT=** 1979
**HOME PORT:** Brownsville, Texas
**REGISTERED DIMENSIONS:** Length 82.7'  Breadth 22.0'  Depth 11.8'
**REGISTERED TONNAGE:** Gross 132     Net 90

**REGISTERED OWNERS:**   Candi Sue, Inc.
                         Star Route HC Box 5
                         Brownsville, Texas 78521

### VESSEL'S DESCRIPTION:

The subject vessel is an all welded steel construction, single screw, diesel powered, typical Gulf of Mexico Shrimp Trawler with the deckhouse foward. Mast and out-riggers amidships and deck boom, aft deck work area.



Exhibit
C-3

**SURVEY NO.** 434                     -2-                     February 1, 2001
M/V ENSOLIDO

## REPORTED:

It was reported that approximately 12:30AM on Jaunary 8, 2001, while
underway (trawling) approximately 40 miles South East of Port Aransas,
Texas, the **F/V "ENSOLIDO"** started taking on water, they crew were first
aware of this after a routine check of the engine room and found that
water was coming in to the engine room through the bulkhead packing,
The Captain reported that he started the pumps to pump the fish hold,
but had problems with the pumps, the fish hold was then opened to check
the pumps intake (suction), but found that the water level was too high.
Pumps were placed on board and the vessel towed to Port Aransas by the
U. S. Navy Ship "WORRIOR" where the water was pumped out, a hole was
found in the bottom of the hull in the fish hold compartment, a steel
plate with gasket was placed over the hole, bolted to a steel plate
on the inside of the hull. The vessel was then brought to Brownsville.

## IN ATTENDANCE:                              REPRESENTING:

CARLTON REYES                              BUSTER HARRIS and
**Marine Surveyor**                            CANDI SUE, INC.
104 Huisache St
Los Fresnos, Texas 78566


BUSTER HARRIS                              OWNER M/V ENSOLIDO
Star Route HC Box 5
Brownsville, Texas 78521


Mr MORGAN                                  BORDER SHIPYARD, INC.

**SURVEY NO.** 434                    -3-                    February 1, 2001

M/V ENSOLIDO


## UPON EXAMINATION:

| FOUND | RECOMMENDED |
|---|---|

**FOUND**

1.  4¼"x 2" hole in the bottom
    in the fish hold port side
    of the keel, Port side of
    where the tail shaft is coupled
    to the intermediate shaft.

2.  Fish hold top, sides and
    bottom polyurethane damaged
    the remaining insulation
    is water soaked.

3.  Bins partitions damaged.

4.  All bilge covers damaged.

5.  Grease copper tubings from
    engine room to steady-bearings
    damaged.

6.  Hatch cover damaged.

**RECOMMENDED**

1.  Crop and insert a section
    of the bottom plating
    18" X 20" prime and paint
    as original.

2.  Remove all polyurethane
    foam, sandblast, zinc,
    prime and paint. Insulate
    top and sides with 8"
    and the bottom as needed
    to level with polyurethane
    foam.

3.  Install new 3/4" marine
    plywood partitions as
    needed.

4.  Fabricate new bilge covers
    insulate and paint as
    original.

5.  Repair copper tubings
    as needed.

6.  Repair and insulate as
    needed. paint as original.

**SURVEY NO.** 434        -4-        February 1, 2001

M/V ENSOLIDO

## UPON INSPECTION (continued)

### FOUND

7. 5 sets 12' aluminum freezer
   plates damaged.

### RECOMMENDED

3. Install all new 12' aluminum
   freezer plates after all
   new insulation work is
   complete, the plates to be
   installed by a refrigeration
   technician, the refrigeration
   system to be checked by the
   technician to make sure it
   is operating as original.

## SURVEYOR'S NOTES

1. It was reported by the Captain that the propeller shaft was secured
   with chain to avoid any damages to the marine gear while being
   towed.

2. All measurements provided are approximate, contractors are instructed
   to make their own measurements to determine size and thickness of
   materials to be renewed.

3. All removals necessary to effect repairs to be replaced in good
   order.

4. All new and disturbed work to be recoated as original.

5. The damages sighted appeared to be recent in nature and related to
   the incident resulting from the flooding of the fish hold.

**SURVEY NO. 434**                    -5-                    February 1, 2001
M/V ENSOLIDO

**GENERAL CONDITION/REMARKS:**

The subject vessel was found to be in average physical condition
reflecting its age and service. Hull sides and stern were relatively
fair with only minor indentations noted at the stern corners. Exterior
coatings were in good condition. The hull bottom were in good condition
and well coated.

A history search of surveys in our files indicate that the vessel
has been well maintained, and dry-docked on a regular basis in 1998
and again in 2000. Reported that every time on drydock the bottom were
sandswept and painted.


THIS SURVEY IS MADE WITHOUT PREJUDICE AND FOR THE BENEFIT OF WHOM IT
MAY CONCERN.




CARLTON REYES, MARINE SURVEYOR

Statement from
Capt Abel Bravo
F/V Ensolido
01-31-01

On monday night The 8th at Approx 12:30 - 160 - 90 miles
SE Corpus Christi
I noticed there was water coming in through The engine
room bulkhead - I started the pumps. but after a while
the pumps - it was time for the rigman to get up.
for some reason he went And checked the fish hold
and found that there was the water were pretty high
but the pumps keep clogging up - we called The
next Guard - and waiting and hour or so the Navy
"Worrior", the worried towed to Aransas Pass
Coast Guard station, And Salvage Co. brought their
pumps. They sent The diver to stuff the shaft
log but there was still a lot of water coming in -
after we got to the dock was when the found the hole
in The bottom
note before the Navy ship started to tow us The
rigman and I went to the engine room and tied the
propellar shaft, so as to not damage the gears while in
tow - I did tell the Surveyor In Aransas that I did
hear A bang but I thought it was A sea -

Statement of
Header on F/V Ensolida
01-31-01
Romel Bermudez

We were Bringing up the tray-net, at that time it
was time for the rigman to get up - when he came
back out the deck he said that the boat seemd
to be too low in the water, we went to the engine
and checked and there was no water in the engine-
room, we the lifted the hatches of the fish hild
and found it was full of water we then tered
the pump the water out but the pump would
not work. after we were at the dock some of the guys
went down into the fish hold and with wrenchs,
we they came out they siad that they had tighten the
stuffing box because it was loose. after the diver
put the patch over the hole in the bottom, he told
us that we were ready to go to Brownsville,
we left Aransas Pass Approx: 12:00 oclock and arrived at
Brownsville the next morning approx: 6:00 Am.

Header ___Romel Bermudez___

Statement Rigman F/V "Ensolido"
Joseph Fredrick Sammuel
Feb, 26, 2001

When I Awoke and went to the back deck the header was picking up the try-net I open the Fish hold hatch and found that it had a lot of water I then open the Lazaret hatch And the Lazaret had a lot of water. I wanted to get down into the Fish hold to see if I could save the shrimp, but the water was to high, Then the Capt Called The Coast Guard, we tried to use the pumps to pump the boat, but None of the pumps would work- We were then towed to port Aransas, we seen that a lot of water was Coming in through the rudder Shaft packing, The guys from The Navy Ship tightend the packing Gland on the rudder Shaft- we also found that water was Coming in through the propeller shaft packing, we also tightened That. This was After the diver had Stopped the water from Coming in-

TRanslated by Surveyer CARLTon Keyes.



# REYES MARINE INDUSTRIES, INC.

104 Huisache Street
Los Fresnos, Texas 78566

## Carlton Reyes Marine Surveyor and Consultant

Home Phone 956-233-4734    Mobile 956-549-2461    Office 956-838-1219



Survey Report No. __463__    Date __April 15, 2001__

*This surveyor agrees to use his best efforts on behalf of those for whom this survey is made, but it is distinctly understood and agreed that this surveyor will have no liability for any errors or omissions, whether due to negligence or otherwise in excess of the actual charge made for this survey, and any and all persons interested in or to be affected hereby accept this report on that basis*

**VESSEL:   M/V "ENSOLIDO"**

**OFFICIAL NUMBER- 609583**

**SURVEY: Condition and Appraisal**

THIS IS TO CERTIFY THAT at the request of Mr. Arnie Gonzales, of First National Bank, Brownsville, Texas the undersigned Marine Surveyor did perform a survey on March 30, 2001 attend onboard the above named vessel as she lay afloat at Shrimp Basin, Brownsville, Texas, for the purpose of checking her general physical condition; to make such recommendations as found necessary in accordance with U. S. Coast Guard requirements; and to appraise her value thereof.

**REGISTERED OWNERS:** KANDI SUE, INC.
                       Star Route HC Box 5
                       Brownsville, Texas 78521

**VESSEL PARTICULARS:**

**BUILT=**  Brownsville, Texas       **YEAR BUILT=** 1979
**HOME PORT:** Brownsville, Texas
**REGISTERED DIMENSIONS:** Length 82.7'   Breadth 22.0'    Depth 11.8'
**REGISTERED TONNAGE:**   Gross 132   Net 90

**VESSEL'S DESCRIPTION:** The subject vessel is an all welded steel construction, V-bottom hull with raked stem, square stern. Single screw, diesel powered Shrimp Trawler. Above the flush deck is the steel deckhouse, aft of the deckhouse amidship is the mast and outriggers, aft deckboom. Next is the winches; fish hold hatch; Port and starboard door racks; Aft deck work area; Dip brine tank; Lazaret hatch.

**HAUL-OUT:** 2000    **BILGE ALARM:** YES    **ENGINE OVERHAUL:** 1998

Exhibit

C-4

**SURVEY NO. 463**          --2--          April 15, 2001
M/V ENSOLIDO

**HULL CONSTRUCTION & ARRANGEMENT:**
The subject vessel is an all welded steel construction, Plating thickness are estimated as follows: Keel/Stem - 1" x 6"; Bottom, Sides and Transom - 5/16"; Deck ¼"; Bulkheads 5/16"; Framing and deck beams - ½" X X 3" flatbar on 18" centers. Rub-rail is split 6" schedule 40 pipe. The bulwarks is 48" high foward sweeping to 36" aft, capped with 3" pipe, fitted with adequate freeing ports. The subject vessel is fitted with (4) watertight and (1) non-watertight bulkheads into the following compartments from bow to stern:
First is the peak water tank; Watertight bulkhead; bow-compartment over double bottom water tank; non-Watertight bulkhead; Next aft is the engine room through a non-watertight door; Port and Starboard wing fuel tanks, lube oil tank, hydrualic oil tank and engine day-tank fitted in the engine room; Watertight bulkhead; Fish hold; watertight bulkhead; fuel tank; watertight bulkhead; Aft most is the lazaret.

**FUEL:** Reported total fuel capacity approximately 18,000 gallons
**WATER:** Reported total water capacity approximately 3,500 gallons.

**DECKHOUSE CONSTRUCTION & ARRANGEMENT:**
The steel deckhouse is 3/16" plate construction, framed with 5/16" X 2" flatbar. Interior ceiling and wall covering is ¼" paneling. Beginning foward is the raised pilothouse fitted with a console, with the steering wheel in the center, with port and starboard doors, lexan type front windows, (2) pilot chairs. Aft of the pilothouse 4-steps down starboard side is 3-bunk crew quarters; next aft is a formica covered dining table with built seat lockers. A stainless/steel sink is fitted into a formica covered locker; A 4-burner stove; refrigerator. Port side is the toilet/shower and lavatory room; 1-bunk Captain's quarters; Engine room access/escape hatchway; aft exit door to back deck to port. Engine dry exhaust exits through deck through deckhouse aft end of the deckhouse.

Case 1:01-cv-00186   Document 3   Filed in TXSD on 08/17/2001   Page 39 of 44

**GALLEY EQUIPMENT:** Vessel is equipped with a 4-burner butane gas stove
with oven, fitted with safety rails.  The butane gas tanks are well
secured to the starboard side of the deckhouse, a butane regulator is
fitted near the tanks, tanks and piping appears serviceable. The galley
is also fitted with a GE refrig.

**GROUND TACKLE:** A northill type 200# anchor in anchor chute shackled
to chain pendant shackled to 100 fathoms of 1 1/8" nylon rope, fitted
with steel bitt and deck winch hoisting gear  through block and tackle
to cathead on trawl winch.

**LIFE SAVING EQUIPMENT:**    Four  (4) life jackets. Three (3) life rings.
One (1) ZODIAC 4-man inflatable life raft. FURUNO Category 1 406 MHz
EPIRB. Distress flares. First aid kit. (1) 4-man life raft. **BILGE ALARM
SYSTEM.**

**MACHINERY AND PROPULSION:** The subject vessel is propelled by a CUMMINS
diesel engine, inline 6-cylinder Model  KT-A-500 with a TWIN DISC  MG-518
marine reverse and reduction gear with a 5.9 to 1 ratio. The engine
drives a single four 4-bladed 59" bronze propeller inside a 61" kort
nozzle via a 4" steel jumper shaft through a Douglas type steady-bearing
coupled to a 4" stainless steel tailshaft. The engine is equipped with
lube oil pressure and fresh water temperature alarm system and daytank
float alarm. Engine is cooled through a closed fresh water cooling system
using keel cooler. Fitted with dry exhaust. Fitted with pilot house
controls and engine monitoring gauges. Stuffing box gland is properly
secured.

**AUXILIARIES:**
1- Vessel is  equipped with an inline 4-cylinder 4-cycle  CATERPILLAR
   diesel engine, the engine is keel-cooled. fitted with dry exhaust.
   The engine  drives a 40KW 120/208-VAC generator.

**SURVEY NO.** 463                    -4-                    April 15, 2001
M/V ENSOLIDO


**FISH HOLD & FREEZER SYSTEM:** Subject vessel is fitted with (1) 5F30
CARYLE compressor, hydraulic driven off main engine. The system is
cooled by a keel-cooler condensor. Freezer plates mounted in the fish
hold. Wood/fiberglass dip brine tank on deck. (see Surveyors comments).


**PUMPS:** Two (2) wash down and bilge/fire pumps. (1) 1¼" electric pump.
in engine room. (1) 1¼" JABSCO v-belted off main engine. LARIO 32VDC
fresh water pressure system.


**ELECTRICAL EQUIPMENT:** 32-volt-DC system using four (4) 8-volt batteries,
located in a suitable tray in bow-compartment. 100-amp alternator
v-belted off auxiliary. The 120/240-VAC system is provided by a 40KW
generator driven off the auxiliary engine. All wiring, switches and
receptacles are marine approved and appear to be in good condition.
Electrical systems are protected by overload circuit breakers.
The lighting system is 32-VDC/120-VAC. The deck lights are 120-VAC
day bright deck lights.


**NAVIGATION & ELECTRONIC EQUIPMENT:** Equipped with required navigation
lights. Charts, 5" RITCHIE magnetic compass. Fog bell.
(1) DUBOSE SSB Transciever            (1) FURUNO  radar
(1) FURUNO LC-90 Loran                (1) FURUNO LP1000 Loran /plotter
(1) KENWOOD VHF                       (1) KONEL/FURUNO Depth Recorder
(1) COBRA CB

**STEERING GEAR:** Wood spoked wheel in pilothouse, mechanical steering
using sprocket and roller chain through deck to sprocket on rotating
shaft aft to sprocket and roller chain to quadrant. Fitted with stops.
The rudder stock packing gland appears to be in good condition. Equipped
with a Wood-Freeman auto-pilot.

Case 1:01-cv-00186  Document 3  Filed in TXSD on 08/17/2001  Page 41 of 44

**FIRE FIGHTING EQUIPMENT:** Five   (5) fire extinguishers.

Located: Two (2)   5# in pilothouse                      **Tested**  05-1999
         Two (2)  10# in galley/mess                                 05-1999
         One (1)  10# in engine room                                 05-1999

1¼" **deck hoses**  on deck piped to deck from pumps  in engine room.


**VENTILATION:** Engine room and bow-compartment vent through engine room
exit hatch. The deckhouse is cooled/heated with a central air/heat unit.


**FISHING GEAR:** Equipped with 2-drum STROUDSBURG trawl winch with (2)
catheads, driven off main engine PTO, a separate try-net winch is fitted
to the starboard on the main winch,  the winches is fitted with safety
rails and cable guides. All trawl doors and nets appear to be in good
condition. Inspected all riggings, blocks, cables, ropes, etc., found
in fair condition.


**MAST, OUTRIGGERS & DECK-BOOM:** The A-frame steel mast is 8"  pipe
construction with 7/8" rod step pads. supports are 3" pipe and 7/8"
rod stays. The outriggers are approximately 50' total length, hinged
from the corners of the deckhouse, they are constructed of 6" pipe,
with angle longitudinal stiffeners. The A-frame deck boom is 6" pipe
construction, 7/8" rod step pads. The stern ladder is constructed of
3" pipe rails and 7/8" rod rungs. All of the riggings is fitted with
steel rod and wire stays.


**GENERAL CONDITION/COMMENTS:** The vessel's hull sides and stern were in
fair condition, Coatings on the hull, deck, deckhouse and riggings were
fair. The interior of the deckhouse was in fair/poor condition. The
engine room and bow-compartment was in good condition. The Lazaret was
found in fair condition.

It was reported that the fish hold was completely flooded through a
hole in the bottom of the vessel, causing damages to the insulation
and the freezer plates, The vessel was hauled out and the bottom was
repaired, the fish hold is now being repaired.

Case 1:01-cv-00186   Document 3   Filed in TXSD on 08/17/2001   Page 42 of 44

As far as may be ascertained from a general examination of this
vessel laying afloat, without removals or opening up to expose areas
normally concealed, or audio gauging for structural thickness, or
opening up or testing any machinery, it is the opinion of the attending
Surveyor, as hereinafter qualified, that the subject vessel is in
satisfactory condition and suitable for operation in the intended service

**ESTIMATED VALUE:**

| | |
|---|---|
| Estimated replacement value | $450,000. |
| Estimated present market value | $250,000. |

**RECOMMENDATIONS:**
NONE

THIS SURVEY IS MADE WITHOUT PREJUDICE AND FOR THE BENEFIT OF WHOM IT
MAY CONCERN.

CARLTON REYES, MARINE SURVEYOR



# REYES MARINE INDUSTRIES, INC.

104 Huisache Street
Los Fresnos, Texas 78566
**Carlton Reyes Marine Surveyor and Consultant**
Home Phone 956-233-4734   Mobile 956-549-2461   Office 956-838-1219



Survey Report No. __476__          Date __July 5, 2001__

This surveyor agrees to use his best efforts on behalf of those for whom this survey is made, but it is distinctly understood  and agreed that this surveyor will have no liability for any errors or omissions, whether due to negligence or otherwise in excess of the actual charge made for this survey, and any and all persons interested in or to be affected hereby accept this report on that basis.

Mr. Jack Carinhas
302 Kings Highway
Brownsville, Texas 78521

**REF: F/V "ENSOLIDO"**

Dear Mr. Carinhas:

As you requested, I did do a walk through inspection on June 28, 2001, of the **F/V "ENSOLIDO"** while docked at the Shrimp Basin, Brownsville, Texas, for the purpose of updating survey report No. 463, dated April 15, 2001.

Upon inspection the following condition was noted:

1- Repairs to the fish hold, bow-compartment tank, and main trawl winch that was under repairs when the vessel was surveyed on March 30, 2001, has been completed.

2- The vessel appears to be in good condition, hull, all riggings, electronics, trawl gears, fire extinguishers, etc.

Mr. Carinhas, as you recall the vessel was dry-docked in January, 2001, to repair a hole in her bottom, at which time I inspected her bottom and made recommendations as to how to make the repairs, I did follow up and found that the repairs were completed as recommended.

Exhibit
C - 5

-2-

**F/V "ENSOLIDO"**

**Along** with **a visual** inspection, I did do a hammer testing of various areas of the vessel's bottom, all tested areas were considered to be in good condition.

THIS REPORT IS SUBMITTED WITHOUT PREJUDICE AND FOR THE BENEFIT OF WHOM IT MAY CONCERN.

Carlton Reyes
Marine Surveyor

ATTACHMENTS:

1- Survey report No. 463