IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



United States Courts
Southern District of Texas
FILED
SEP 1 0 2001
Michael N. Milby, Clerk

| | | |
|---|---|---|
| UNDERWRITERS INSURANCE COMPANY, | § § § | B-01-186 |
| Plaintiff | § § | C.A. NO. H-01-2161 |
| VS. | § § | Admiralty - Rule 9(h) |
| KANDI SUE, INC. AND BUSTER HARRIS, | § § | |
| Defendants | § | |

### AGREED MOTION TO ENLARGE PLAINTIFF'S TIME TO RESPOND TO THE DEFENDANTS' MOTION TO TRANSFER VENUE

TO THE HONORABLE JUDGE OF THIS COURT:

COME NOW Plaintiff and Defendants, agreeing that Plaintiff's time to respond to the Defendants' recently filed Motion to Transfer Venue should be enlarged up to and including 20th September 2001 on account of Plaintiff's counsel having been away from the office during much of the last month. The parties agree that enlarging the Plaintiff's response time is in the interest of justice and pray that the attached Order be issued and entered as agreed.

Respectfully submitted,

By: _____
Mark Cohen
State Bar No. 04508395
Federal Bar No. 2807
The Niels Esperson Building
808 Travis, Suite 808
Houston, Texas 77002
Telephone: (713) 224-0628
Facsimile: (713) 224-7487
Attorney for Plaintiff
Underwriters Insurance Company

OF COUNSEL:

COHEN, GORMAN & PUTNAM, L.L.P.

By: _____  *Jack G. Carinhas Jr.* (signature)
Jack. G. Carinhas, Jr.
State Bar No. 03795000
Federal Bar No. 1179
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Telephone: (956) 542-9161
Facsimile: (956) 542-3651
Attorney for Defendants
Kandi Sue, Inc. and Buster Harris

*By Permission 9/7/01 M Cohen* (handwritten annotation)

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff undersigned and counsel for the Defendants conferred on Friday, September 7, 2001 concerning this motion and agreed to its substance.

_____
Mark Cohen

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Agreed Motion to Enlarge was forwarded to the following counsel of record by facsimile and first class United States Mail on this 10th day of September, 2001:

Jack G. Carinhas, Jr.
302 Kings Highway, Suite 109
Brownsville, Texas 78521

_____
OF COHEN, GORMAN & PUTNAM, L.L.P.

01002/motion.enlarge.091001

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNDERWRITERS INSURANCE COMPANY, <br>     Plaintiff | § § § § § § § § | |
| VS. | | C.A. NO. H-01-2161 <br> In Admiralty Rule 9(h) |
| KANDI SUE, INC. AND BUSTER HARRIS, <br>     Defendants | | |

## ORDER

The Court has considered the parties' Agreed Motion to Enlarge Plaintiff's Time to Respond to the Defendants' Motion to Transfer Venue up to and including 20th September 2001, and for reasons stated in the motion papers and in the interest of justice, the Court grants the requested response time enlargement. The Plaintiff shall file its response to the Defendants' motion on or before 20th September 2001.

SIGNED this _____ day of _____, 2001, at Houston, Texas.

 

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE