IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNDERWRITERS INSURANCE § 
COMPANY, §
    Plaintiff §
 §    C.A. NO. H-01-2161
VS. §    In Admiralty Rule 9(h)
 §
KANDI SUE, INC. AND BUSTER HARRIS, §
    Defendants §

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
SEP 18 2001
Michael N. Milby, Clerk of Court

B-01-186

## ORDER

The Court has considered the parties' Agreed Motion to Enlarge Plaintiff's Time to Respond to the Defendants' Motion to Transfer Venue up to and including 20th September 2001, and for reasons stated in the motion papers and in the interest of justice, the Court grants the requested response time enlargement. The Plaintiff shall file its response to the Defendants' motion on or before 20th September 2001.

SIGNED this 17TH day of Sept., 2001, at Houston, Texas.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

7