United States Courts
Southern District of Texas
FILED

SEP 2 0 2001 **LF**

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNDERWRITERS INSURANCE | § | **B - 01 - 186** |
| COMPANY, | § | |
| Plaintiff | § | |
| | § | C.A. NO. H-01-2161 |
| VS. | § | Admiralty - Rule 9(h) |
| | § | |
| KANDI SUE, INC. AND BUSTER HARRIS, | § | |
| Defendants | § | **ORIGINAL** |



## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO TRANSFER VENUE

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW Plaintiff, Underwriters Insurance Company, pursuant to 28 U.S.C. § 1404(a), and files its Response to Defendants' Motion to Transfer Venue, and would respectfully show as follows:

I.

## SUMMARY OF ARGUMENT

Defendants' request that this matter be transferred from the Houston Division to the Brownsville Division should be denied because they have failed to meet their burden to show that Plaintiff's choice of venue is not entitled to deference and that a transfer is strongly justified based upon the convenience of the parties, and in the interest of justice. Several witnesses associated with the application, issuance, and adjustment of the loss under Defendants' insurance policy are located in the Houston Division. Further, other surveyors and investigators involved in the investigation of this claim are located in Corpus Christi, Texas, which is equal distance from Houston and Brownsville. Moreover, the claims manager for Plaintiff is located in New York, New York, and these days in particular, Houston is a more convenient venue to attend for purposes of discovery and the trial of this matter than Brownsville.

II.

## PLAINTIFF'S CHOICE OF VENUE IS ENTITLED TO GREAT DEFERENCE AND THE CONVENIENCE FACTORS DO NOT STRONGLY SUPPORT TRANSFER

Defendants seek an intra-district transfer based upon 28 U.S.C. § 1404(a), which permits such transfers based upon the convenience of parties, witnesses, and in the interest of justice. However, the Fifth Circuit has long recognized that a Plaintiff's choice of forum is entitled to great deference in proceedings under Section 1404(a), and that courts generally are not to order transfer unless the "convenience" and "justice" factors enumerated above strongly favor venue elsewhere. *Time, Inc. v. Manning*, 366 F.2d 690, 698 (5th Cir. 1966); *see Peteet v. Dow Chemical Co.*, 860 F.2d 1428, 1436 (5th Cir. 1989); *Menendez Rodriguez v. Pan American Life Ins. Co.*, 311 F.2d 429, 434 (5th Cir. 1962). That is, Defendants bear the burden of demonstrating that a trial of this matter in the Houston Division will result in a clear balance of inconveniences to them. *Harris Trust & Sav. Bank v. SLT Warehouse Co., Inc.*, 605 F. Supp. 225, 227 (N.D. Ill. 1985).[1] Here, Defendants have failed to meet their burden and the facts show that the transfer of this case to the Brownsville Division would not simply shift any purported inconvenience from Defendants to Plaintiff.

As admitted by Defendants, this matter concerns a declaratory judgment action involving a marine insurance policy issued by Plaintiff for the fishing vessel ENSOLIDO, owned by Kandi Sue, Inc., and incorporated by Buster Harris. In connection with such policy and the loss in question, Plaintiff would show that a substantial number of key witnesses are located in Houston, or closer to

---

[1] Defendants must present affidavits which are admissible evidence of the facts involved - i.e., non-hearsay statements by a competent witness, and conclusory declarations are not sufficient. *See Stop-a-Flat Corp. v. Electra Start of Michigan, Inc.*, 507 F. Supp. 647, 652 (E.D. Pa. 1981). Defendants may not simply rely upon vague generalizations as to the convenience factors, but must identify the key witnesses to be called to present a generalized statement of what their testimony would include. *See Heller Financial, Inc. v. Midwhey Powder Co.*, 883 F.2d 1286, 1293 (7th Cir. 1989).

Houston than Brownsville, where Defendants seek transfer of this case.[2] Such witnesses specifically include the following:

1.      Mr. Dennis R. Anderson
Mr. Degraf Adams
AON Risk Services of Texas, Inc.
2000 Bering Drive, Suite 900
Houston, Texas 77057
Telephone: (713) 430-6822

Mr. Anderson and Mr. Adams are key witnesses in this matter as they, acting on behalf of the insured, were involved with the placement of the policy at issue for the F/V ENSOLIDO, as well as the investigation and submission of the claim from Mr. Buster Harris. These gentlemen will be able to testify concerning not only Mr. Harris' application and request for insurance submitted in Houston, but also as to the factual submissions and investigation conducted in connection with the alleged damage to the hull of the vessel, and cause of same as related to the hull coverage under the subject policy. Their testimony is relevant to the denial of coverage to Defendants in this matter.

2.      Edward V. Bravenec, Ph.D., P.E.
Anderson & Associates, Inc.
919 F.M. 1959
Houston, Texas 77034-5425
Telephone: (281) 481-5840

Dr. Bravenec investigated Defendants' claim under the policy. He received a sample from Defendants of the shell plating from the vessel which had a hole in it. He performed a complete metallurgical analysis of the hole and the steel plate on behalf of Plaintiff. He will testify, based upon his examination and tests of the specimen from the vessel, that the hole in the plate was the result of an unseaworthy and severe rust condition. Mr. Bravenec's testimony is highly relevant to the denial of coverage to Defendants in this matter.

3.      Mr. Randy Kidd
Speciality Co.
2125 Sentinel Drive
Corpus Christi, Texas 78418
Telephone: (361) 937-0264

Mr. Kidd performed an investigation into the foundering, towage, salvage and repairs of the F/V ENSOLIDO. Mr. Kidd attended at the repair facilities and obtained

---

[2]      See attached Verification of Lorna V. Rosquites.

evidence, statements, and documents relevant to Defendants' submission of this claim under the policy to Plaintiff. He will testify concerning the condition of the vessel before and after repairs, as well as to chain of custody and causation issues relative to the rusted through hole in the vessel's bottom plate.

4.     Mr. Mark A. McAllister
       McAllister Marine Surveying Co.
       P. O. Box 6375
       Corpus Christi, Texas 78466
       Telephone: (361) 882-4677

Mr. McAllister is a marine surveyor who conducted hull condition and causation surveys of the F/V ENSOLIDO after the foundering incident in question. He will testify concerning his findings of the condition of the vessel, the physical evidence obtained, and the reasonableness and necessity of the repairs for the vessel.

5.     Ms. Lorna V. Rosquites
       Assistant Vice President
       The Center Marine Managers, Inc.
       Wall Street Plaza
       88 Pine Street, 11th Floor
       New York, New York 10005
       Telephone: (212) 510-9180

The Center Marine Managers, Inc. act as claim manager for Plaintiff. Ms. Rosquites is handling the adjustment of this claim, including Defendants' submission for payment of the claim for the hull damages. Ms. Rosquites has supervised the investigation and all other aspects related to Plaintiff's policy loss investigation and the denial of coverage issued to Defendants. Ms. Rosquites lives in New Jersey, and litigation of this claim in Brownsville would be a greater inconvenience due to time and travel expenses, than if the case remained in the Houston Division. Ms. Rosquites must travel to Houston by air in order to participate in the litigation. Travel to Brownsville will add a second leg to her airplane trip each way, and in present circumstances, greatly extend the time required to make the trip due to reduced air travel schedules and enhanced security procedures.

III.

## DEFENDANTS' PROOF IS INSUFFICIENT

Defendants submit the affidavit of three witnesses: Buster Harris, Morgan Gross, and Carlton Reyes, in support of its request for intra-district transfer. This proof is insufficient. First, the affidavit of Mr. Harris, allegedly claims that he has heart disease, high blood pressure and high

cholesterol, and that his wife is in similar condition and he must look after her. Such conclusory

statements are unsupported by any other proof, and do not support that neither Mr. Harris nor his

wife are unable to travel. Certainly, there is no proof of any doctor ordered restrictions in this case.

Mr. Harris admits by implication that the insurance policy in question, obtained through AON in

Houston, and payments were made here. Indeed, Defendants do not contend that Houston has no

connection to the policy and loss at issue. While Mr. Harris claims that he is operating a small

family owned business and that they would suffer financial hardship if forced to litigate in Houston,

such is, nothing more than a conclusory allegation unsupported by any specific factual proof. To the

contrary, Plaintiff has found that Mr. Harris is currently involved with at least ten (10) other Texas

corporations at this time.[3]  Simply, Defendants' claim taxes credulity.

Mr. Harris claims that the master and crew of the F/V ENSOLIDO are also located in the

Brownsville area,[4] but their specific testimony, and how such may be relevant to Defendants' claim

is undefined and unanswered. Plaintiff has plainly defined one of the critical issues in this cause:

whether the presence of a large rusty hole in the vessel's hull that allowed the ingress of seawater

caused the F/V ENSOLIDO to be unseaworthy at (1) the time the marine hull policy in question

came into force, and (2) at the commencement of the voyage during which the vessel foundered.

There is no suggestion that either the master or any other members of the crew have any testimony

to offer that are relevant to what caused the hole in the hull. None.

---

[3]  See Exhibit A - Excerpts of records from the Texas Secretary of State reflecting Buster Harris' involvement with Miss Martha, Inc., Inflation, Inc., Cindy Mae, Inc., Miss Sandra, Inc., Kentucky Lady, Inc., Harris Fisheries, Inc., Harris Boat Maintenance Shop, Inc., Vivian Lee, Inc., Harris Seafood, Inc., and Sea Horse Fisheries, Inc.

[4]  No address or contact details are given.

Defendants next submit the affidavit of Mr. Gross, who is the principal at Border Shipyards, Inc., who allegedly performed repairs upon the F/V ENSOLIDO in Brownsville. Mr. Gross also names a few of the workers at his facility who conducted such repairs. Again, however, the testimony and relevance of these witnesses is questionable. There is no dispute that the hull of the vessel had a hole in it and that it was repaired. The actual repairs and expenses are not at issue at this time. The question, instead, is whether the original cause of the hole was due to an unseaworthy condition existing at the time the insurance attached or at the outset of the voyage. Thus, other than providing evidence that some repairs were carried out, which can be accomplished simply through documentary proof, Mr. Gross and his employees can offer no relevant evidence (and indeed, none is supplied in his conclusory affidavit) about the precise cause and origin of the hole.[5]

Last, Defendants provide the affidavit of Carlton Reyes, a marine surveyor located in Los Fresnos, Texas. Mr. Reyes has apparently surveyed the vessel on a number of occasions, predating the loss, and post-dating the repairs.[6] Other than the submission of Mr. Reyes' hearsay and hearsay within hearsay reports, to which Plaintiff objects, it appears Defendants seek to use Mr. Reyes as an expert in this case, however, the specificity of his testimony with regard to the causation of the hole in the F/V ENSOLIDO is not clear, and it is unknown what testimony Mr. Reyes would offer which is relevant to the declination of coverage in this matter. Be that as it may, to the extent that Defendants wish to present Mr. Reyes as an expert, it is recognized that little or no weight is given

---

[5]    According to Mr. Gross, no venue will be convenient for him as his "presence at the yard on a daily basis is required." Gross Affidavit at paragraph 7. Clearly, Mr. Gross could be deposed at his place of work.

[6]    It is noteworthy that Mr. Reyes' report of September 9, 1999 reflects a market value of the vessel of $185,000.00, but his report of April 15, 2001, several months after the accident, shows that the market value of the vessel actually increased to $250,000.00.

to the convenience of a movant's expert witnesses in a Section 1404(a) transfer. *See Promuto v.*

*Waste Management, Inc.*, 44 F. Supp.2d 628, 639-640 (S.D.N.Y. 1999).

The Fifth Circuit has long recognized that the Plaintiff is entitled to choose the forum. *See*

*Menendez Rodriguez v. Pan Am Life Ins. Co.*, 311 F.2d 429, 434 (5th Cir. 1962) (recognizing that

plaintiff's choice of forum should be "highly esteemed") *vacated on other grounds*, 376 U.S. 779

(1964); *see Peteet*, 868 F.2d at 1436. Defendants' conclusory affidavits fail to establish a clear

inconvenience to them in this case over and above that which will be imposed upon Plaintiff if this

matter is transferred to the Brownsville Division.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Underwriters Insurance Company,

prays that Defendants' Motion to Transfer Venue be denied, and that it be granted such other and

further relief to which it may be justly entitled.

Respectfully submitted,

By:_____

Mark Cohen
State Bar No. 04508395
Federal Bar No. 2807
The Niels Esperson Building
808 Travis, Suite 808
Houston, Texas 77002
Telephone: (713) 224-0628
Facsimile:  (713) 224-7487
Attorney for Plaintiff
Underwriters Insurance Company

OF COUNSEL:

COHEN, GORMAN & PUTNAM, L.L.P.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was forwarded to the following counsel of record by facsimile and first class United States Mail on this 20th day of September, 2001:

Jack G. Carinhas, Jr.
302 Kings Highway, Suite 109
Brownsville, Texas 78521

OF COHEN, GORMAN & PUTNAM, L.L.P.

## VERIFICATION OF LORNA ROSQUITES

1.      My name is Lorna V. Rosquites. I am the Assistant Vice President for the Center Marine Managers, Inc., located at Wall Street Plaza, 88 Pine Street, 11th Floor, New York, New York 10005. I have at all material times acted as the loss adjuster in relation to the insurance policy and claims submitted by Buster Harris on behalf of Kandi Sue, Inc. in relation to the foundering incident involving the F/V ENSOLIDO in January 2001. I am over the age of 21 years and I am fully competent to make this verification.

2.      I have reviewed the facts contained in Plaintiff's Response to Defendants' Motion to Transfer Venue and they are true and correct based upon my personal knowledge.

3.      Insurance policy MHZ006220D1 from Underwriters Insurance Company was solicited, obtained and procured by Buster Harris through AON Risk Services of Texas, Inc., 2000 Bering Drive, Suite 900, Houston, Texas 77057. Buster Harris submitted his claim for reimbursement for hull related damages for the F/V ENSOLIDO through AON Risk Services, Inc.'s Houston office, who coordinated the investigation of this claim, and submitted alleged evidence and arguments in support of their client's claim.

4.      Underwriters Insurance Company and the Center Marine Managers, Inc. have never maintained an office in Brownsville, Texas.

5.      As detailed in Plaintiff's Response to Defendant's Motion to Transfer Venue, persons who will testify on behalf of Underwriters Insurance Company in this matter include:

     a.      Mr. Dennis R. Anderson
               Mr. Degraf Adams
               AON Risk Services of Texas, Inc.
               2000 Bering Drive, Suite 900
               Houston, Texas 77057
               Telephone: (713) 430-6822

b.     Edward V. Bravenec, Ph.D., P.E.
Anderson & Associates, Inc.
919 F.M. 1959
Houston, Texas 77034-5425
Telephone: (281) 481-5840

c.     Mr. Randy Kidd
Speciality Co.
2125 Sentinel Drive
Corpus Christi, Texas 78418
Telephone: (361) 937-0264

d.     Mr. Mark A. McAllister
McAllister Marine Surveying Co.
P. O. Box 6375
Corpus Christi, Texas 78466
Telephone: (361) 882-4677

e.     Ms. Lorna V. Rosquites
Assistant Vice President
The Center Marine Managers, Inc.
Wall Street Plaza
88 Pine Street, 11th Floor
New York, New York 10005
Telephone: (212) 510-9180

6.     Trial of this matter in Brownsville, Texas will be more inconvenient and expensive for the undersigned as Houston is geographically closer to New York, and offers a more convenient connecting point for air travel to and from New York, New York. If I must travel to Brownsville, Texas, rather than Houston, to work on the claim, each airplane trip will require an extra leg of air travel. In view of the airlines' reduced schedules and the heightened security at airports throughout the country, the extra legs of air travel would require a substantial addition and effort considerably more by way of travel cost, than if the action were litigated in Houston.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing was true and correct.

EXECUTED on _____*20th September 2001*_____, 2001, at ~~New York, New York~~ *Houston, Texas*.

*Lorna V. Rosquites*

_____
Lorna V. Rosquites

*Executed by her direction and per her telephone instructions (no telefax or email service available to her office)*

*Mark Cohen*
MARK COHEN
9/20/2001

01002/response.motion.091901

-11-

2 of 76 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY. CERTIFICATION CAN ONLY BE
OBTAINED THROUGH THE OFFICE OF THE TEXAS SECRETARY OF STATE AND THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS. ***

TEXAS SECRETARY OF STATE, CORPORATE RECORD

Name: MISS MARTHA, INC.

Tax Address: HC 70 BOX 18
             BROWNSVILLE, TEXAS 78521

Type of Corporation: DOMESTIC PROFIT

Status: ACTIVE

Standing from Comptroller's Office: IN GOOD STANDING, NOT FOR DISSOLUTION OR
WITHDRAWAL

Status Date: 01/11/1988

Filing Date: 01/11/1988

Duration: PERPETUAL

State of Incorporation: TEXAS

Registered Agent: BUSTER HARRIS

Registered Office: 912 NORTH INDIANA
                   BROWNSVILLE, TEXAS

Capital/Stock: 5,000 AT NPV

Tax Year: 2001

State Tax ID: 030010843099

Incorporators: BUSTER HARRIS, BROWNSVILLE, TEXAS

Officers, Directors and Management:

    HARRIS, BUSTER
    PRESIDENT
    (BOTH OFFICER AND DIRECTOR)
    912 NORTH INDIANA
    BROWNSVILLE, TEXAS 78521

    HARRIS, VIVIAN
    VICE PRESIDENT
    (BOTH OFFICER AND DIRECTOR)
    912 NORTH INDIANA
    BROWNSVILLE, TEXAS 78521



Number: 01052071-00

Filing History:
```
     Date        Transaction
  ----------    -----------
  01/11/1988    ARTICLES OF INCORPORATION
  07/08/1990    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
  08/23/1991    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
  06/04/1993    PUBLIC INFORMATION REPORT FILED
  09/08/1994    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
  08/10/1996    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
  07/26/1997    PUBLIC INFORMATION REPORT FILED
  04/17/1998    PUBLIC INFORMATION REPORT FILED WITH REVISIONS
  08/23/1998    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
  10/23/1999    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
  12/09/2000    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
  07/09/2001    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
```

CALL LEXIS DOCUMENT SOLUTIONS FOR ALL YOUR CORPORATE NEEDS. 800.634.9738

3 of 76 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY. CERTIFICATION CAN ONLY BE
OBTAINED THROUGH THE OFFICE OF THE TEXAS SECRETARY OF STATE AND THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS. ***

TEXAS SECRETARY OF STATE, CORPORATE RECORD

Name: INFLATION, INC.

Tax Address: HC 70 BOX 18
             BROWNSVILLE, TEXAS 78521

Type of Corporation: DOMESTIC PROFIT

Status: ACTIVE

Standing from Comptroller's Office: IN GOOD STANDING, NOT FOR DISSOLUTION OR
WITHDRAWAL

Status Date: 06/17/1987

Filing Date: 06/17/1987

Duration: PERPETUAL

State of Incorporation: TEXAS

Registered Agent: BUSTER HARRIS

Registered Office: 912 NORTH INDIANA
                   BROWNSVILLE, TEXAS

Capital/Stock: 5,000 NPV

Tax Year: 2001

State Tax ID: 030010610696

Incorporators: BUSTER HARRIS, BROWNSVILLE, TEXAS
               WILLIAM BUSTER HARRIS, BROWNSVILLE, TEXAS
               VIVIAN HARRIS, BROWNSVILLE, TEXAS

Officers, Directors and Management:

    HARRIS, BUSTER
    PRESIDENT
    (BOTH OFFICER AND DIRECTOR)
    912 NORTH INDIANA
    BROWNSVILLE, TEXAS 78521

    HARRIS, VIVIAN
    SECRETARY
    (BOTH OFFICER AND DIRECTOR)
    912 NORTH INDIANA

BROWNSVILLE, TEXAS 78521

Number: 01041929-00

Filing History:
```
   Date       Transaction
----------    -----------
05/19/1990    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
08/23/1991    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
06/25/1993    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
09/01/1994    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
08/10/1996    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
08/16/1997    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
04/17/1998    PUBLIC INFORMATION REPORT FILED WITH REVISIONS
08/23/1998    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
10/23/1999    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
12/09/2000    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
07/09/2001    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
```

CALL LEXIS DOCUMENT SOLUTIONS FOR ALL YOUR CORPORATE NEEDS. 800.634.9738

5 of 76 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY. CERTIFICATION CAN ONLY BE
OBTAINED THROUGH THE OFFICE OF THE TEXAS SECRETARY OF STATE AND THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS. ***

TEXAS SECRETARY OF STATE, CORPORATE RECORD

Name: CINDY MAE, INC.

Tax Address: HC 70 BOX 18
             BROWNSVILLE, TEXAS 78521

Type of Corporation: DOMESTIC PROFIT

Status: ACTIVE

Standing from Comptroller's Office: IN GOOD STANDING, NOT FOR DISSOLUTION OR
WITHDRAWAL

Status Date: 06/17/1987

Filing Date: 06/17/1987

Duration: PERPETUAL

State of Incorporation: TEXAS

Registered Agent: BUSTER HARRIS

Registered Office: 912 NORTH INDIANA
                   BROWNSVILLE, TEXAS

Capital/Stock: 5,000 NPV

Tax Year: 2001

State Tax ID: 030010383260

Incorporators: BUSTER HARRIS, BROWNSVILLE, TEXAS
               WILLIAM BUSTER HARRIS, BROWNSVILLE, TEXAS
               VIVIAN HARRIS, BROWNSVILLE, TEXAS

Officers, Directors and Management:

    HARRIS, BUSTER
    PRESIDENT
    (BOTH OFFICER AND DIRECTOR)
    STAR ROUTE BOX 5
    BROWNSVILLE, TEXAS

    GROSS, SANDRA
    VICE PRESIDENT
    (BOTH OFFICER AND DIRECTOR)
    STAR ROUTE BOX 5

BROWNSVILLE, TEXAS

HARRIS, VIVIAN
SECRETARY
(BOTH OFFICER AND DIRECTOR)
STAR ROUTE BOX 5
BROWNSVILLE, TEXAS

Number: 01041924-00

Filing History:
```
    Date        Transaction
----------    -----------
06/09/1989    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
07/08/1990    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
06/28/1991    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
09/08/1994    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
08/10/1996    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
08/16/1997    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
04/17/1998    PUBLIC INFORMATION REPORT FILED WITH REVISIONS
08/23/1998    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
10/23/1999    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
12/09/2000    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
07/09/2001    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
```

CALL LEXIS DOCUMENT SOLUTIONS FOR ALL YOUR CORPORATE NEEDS. 800.634.9738

6 of 76 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICE OF THE TEXAS SECRETARY OF STATE AND THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS. ***

TEXAS SECRETARY OF STATE, CORPORATE RECORD

Name: MISS SANDRA, INC.

Tax Address: HC 70 BOX 18 C/O BUSTER HARRIS
              BROWNSVILLE, TEXAS 78521

Type of Corporation: DOMESTIC PROFIT

Status: ACTIVE

Standing from Comptroller's Office: IN GOOD STANDING, NOT FOR DISSOLUTION OR WITHDRAWAL

Status Date: 05/15/1986

Filing Date: 05/15/1986

Duration: PERPETUAL

State of Incorporation: TEXAS

Registered Agent: BUSTER HARRIS

Registered Office: 912 NORTH INDIANA
                   BROWNSVILLE, TEXAS

Capital/Stock: 5,000 AT NPV

Tax Year: 2001

State Tax ID: 030009835130

Incorporators: B.HARRIS, BROWNSVILLE, TEXAS
               V.HARRIS, BROWNSVILLE, TEXAS
               J.MARREN, BROWNSVILLE, TEXAS

Officers, Directors and Management:

     HARRIS, BUSTER
     PRESIDENT
     (BOTH OFFICER AND DIRECTOR)
     912 NORTH INDIANA
     BROWNSVILLE, TEXAS 78521

     HARRIS, VIVIAN
     VICE PRESIDENT AND SECRETARY
     (BOTH OFFICER AND DIRECTOR)
     912 NORTH INDIANA

BROWNSVILLE, TEXAS 78521

GROSS, SANDRA
TREASURER
(BOTH OFFICER AND DIRECTOR)
912 NORTH INDIANA
BROWNSVILLE, TEXAS 78521

Number: 00797357-00

Filing History:
```
     Date         Transaction
  ----------    -----------
  06/02/1989    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
  06/02/1989    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
  05/17/1991    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
  06/04/1993    PUBLIC INFORMATION REPORT FILED
  08/31/1994    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
  08/10/1996    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
  08/16/1997    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
  04/17/1998    PUBLIC INFORMATION REPORT FILED WITH REVISIONS
  08/23/1998    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
  10/23/1999    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
  08/07/2000    PUBLIC INFORMATION REPORT FILED
  07/09/2001    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
```

CALL LEXIS DOCUMENT SOLUTIONS FOR ALL YOUR CORPORATE NEEDS. 800.634.9738

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICE OF THE TEXAS SECRETARY OF STATE AND THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS. \*\*\*

TEXAS SECRETARY OF STATE, CORPORATE RECORD

Name: KENTUCKY LADY, INC.

Tax Address: HC 70 BOX 18
             BROWNSVILLE, TEXAS 78521

Type of Corporation: DOMESTIC PROFIT

Status: ACTIVE

Standing from Comptroller's Office: IN GOOD STANDING, NOT FOR DISSOLUTION OR WITHDRAWAL

Status Date: 11/23/1977

Filing Date: 11/23/1977

Duration: PERPETUAL

State of Incorporation: TEXAS

Registered Agent: BUSTER HARRIS

Registered Office: 912 N INDIANA
                   BROWNSVILLE, TEXAS

Capital/Stock: 5000 AT $ 100

Tax Year: 2001

State Tax ID: 030003380414

Incorporators: P T MOORE JR, BROWNSVILLE, TEXAS
               W J SHELDON JR, BROWNSVILLE, TEXAS
               ROBERT L GUERRA, BROWNSVILLE, TEXAS

Officers, Directors and Management:

    HARRIS, BUSTER
    PRESIDENT
    (BOTH OFFICER AND DIRECTOR)
    912 N INDIANA AVE
    BROWNSVILLE, TEXAS 78521

    GROSS, SANDRA
    VICE PRESIDENT
    (OFFICER)
    912 N INDIANA AVE

BROWNSVILLE, TEXAS 78521

HARRIS, VIVIAN
SECRETARY
(BOTH OFFICER AND DIRECTOR)
912 N INDIANA AVE
BROWNSVILLE, TEXAS 78521

Number: 00420711-00

Filing History:

| Date | Transaction |
|------|-------------|
| 04/29/1988 | PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS |
| 04/29/1988 | PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS |
| 07/14/1989 | PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS |
| 09/28/1990 | PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS |
| 06/28/1991 | PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS |
| 06/25/1993 | PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS |
| 09/01/1994 | PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS |
| 08/10/1996 | PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS |
| 08/16/1997 | PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS |
| 04/17/1998 | PUBLIC INFORMATION REPORT FILED WITH REVISIONS |
| 08/23/1998 | PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS |
| 10/23/1999 | PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS |
| 07/30/2000 | PUBLIC INFORMATION REPORT FILED |
| 07/09/2001 | PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS |

CALL LEXIS DOCUMENT SOLUTIONS FOR ALL YOUR CORPORATE NEEDS. 800.634.9738

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY. CERTIFICATION CAN ONLY BE
OBTAINED THROUGH THE OFFICE OF THE TEXAS SECRETARY OF STATE AND THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS. ***

TEXAS SECRETARY OF STATE, CORPORATE RECORD

Name: HARRIS FISHERIES, INC.

Tax Address: HC 70 BOX 18
             BROWNSVILLE, TEXAS 78521

Type of Corporation: DOMESTIC PROFIT

Status: ACTIVE

Standing from Comptroller's Office: IN GOOD STANDING, NOT FOR DISSOLUTION OR
WITHDRAWAL

Status Date: 12/03/1976

Filing Date: 12/03/1976

Duration: PERPETUAL

State of Incorporation: TEXAS

Registered Agent: BUSTER HARRIS

Registered Office: ROUTE 1,(BOX 635)
                   BROWNSVILLE, TEXAS

Capital/Stock: 5,000 AT NPV

Tax Year: 2001

State Tax ID: 017418935486

Incorporators: BUSTER HARRIS, BROWNSVILLE, TEXAS
               VIVIAN HARRIS, BROWNSVILLE, TEXAS
               ROBERT BAKER, BROWNSVILLE, TEXAS

Officers, Directors and Management:

    HARRIS, BUSTER
    PRESIDENT
    (BOTH OFFICER AND DIRECTOR)
    HC 70 BOX 18
    BROWNSVILLE, TEXAS 78521

    HARRIS, SANDRA G
    VICE PRESIDENT
    (BOTH OFFICER AND DIRECTOR)
    SAME

BROWNSVILLE, TEXAS 78521

HARRIS, VIVIAN
SECRETARY
(BOTH OFFICER AND DIRECTOR)
SAME
BROWNSVILLE, TEXAS 78521

Number: 00393868-00

Filing History:
```
     Date       Transaction
 ----------   -----------
 04/29/1988   PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
 07/14/1989   PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
 09/19/1990   PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
 04/05/1991   PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
 04/05/1991   PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
 06/25/1993   PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
 09/08/1994   PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
 08/10/1996   PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
 08/16/1997   PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
 04/17/1998   PUBLIC INFORMATION REPORT FILED WITH REVISIONS
 08/23/1998   PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
 08/09/1999   PUBLIC INFORMATION REPORT FILED
 12/09/2000   PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
 06/04/2001   PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
```

CALL LEXIS DOCUMENT SOLUTIONS FOR ALL YOUR CORPORATE NEEDS. 800.634.9738

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY. CERTIFICATION CAN ONLY BE
OBTAINED THROUGH THE OFFICE OF THE TEXAS SECRETARY OF STATE AND THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS. ***

TEXAS SECRETARY OF STATE, CORPORATE RECORD

Name: HARRIS BOAT MAINTENANCE SHOP, INC.

Tax Address: HC 70 BOX 18
             BROWNSVILLE, TEXAS 78521

Type of Corporation: DOMESTIC PROFIT

Status: ACTIVE

Standing from Comptroller's Office: IN GOOD STANDING, NOT FOR DISSOLUTION OR
WITHDRAWAL

Status Date: 12/03/1976

Filing Date: 12/03/1976

Duration: PERPETUAL

State of Incorporation: TEXAS

Registered Agent: BUSTER HARRIS

Registered Office: ROUTE 1,(BOX 635)
                   BROWNSVILLE, TEXAS

Capital/Stock: 5,000 P NPV

Tax Year: 2001

State Tax ID: 017419129642

Incorporators: BUSTER HARRIS, BROWNSVILLE, TEXAS
               VIVIAN HARRIS, BROWNSVILLE, TEXAS
               ROBERT BAKER, BROWNSVILLE, TEXAS

Officers, Directors and Management:

    HARRIS, BUSTER
    PRESIDENT
    (BOTH OFFICER AND DIRECTOR)
    STAR RT BOX 18
    BROWNSVILLE, TEXAS 78521

    HARRIS, SANDRA
    VICE PRESIDENT
    (BOTH OFFICER AND DIRECTOR)
    STAR RT BOX 18

BROWNSVILLE, TEXAS 78521

HARRIS, VIVIAN
SECRETARY
(BOTH OFFICER AND DIRECTOR)
STAR RT BOX 18
BROWNSVILLE, TEXAS 78521

Number: 00393869-00

Filing History:
```
     Date      Transaction
  ----------   -----------
  06/02/1989   PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
  07/08/1990   PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
  07/08/1990   PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
  05/17/1991   PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
  05/17/1991   PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
  06/25/1993   PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
  08/17/1994   PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
  05/09/1996   PUBLIC INFORMATION REPORT FILED WITH REVISIONS
  09/09/1996   PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
  12/09/1997   PUBLIC INFORMATION REPORT FILED
  08/23/1998   PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
  10/23/1999   PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
  12/09/2000   PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
  07/09/2001   PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
```

CALL LEXIS DOCUMENT SOLUTIONS FOR ALL YOUR CORPORATE NEEDS. 800.634.9738

13 of 76 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY. CERTIFICATION CAN ONLY BE
OBTAINED THROUGH THE OFFICE OF THE TEXAS SECRETARY OF STATE AND THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS. ***

TEXAS SECRETARY OF STATE, CORPORATE RECORD

Name: VIVIAN LEE, INC.

Tax Address: STAR ROUTE HC70 BOX 18
             BROWNSVILLE, TEXAS 78522

Type of Corporation: DOMESTIC PROFIT

Status: ACTIVE

Standing from Comptroller's Office: IN GOOD STANDING, NOT FOR DISSOLUTION OR
WITHDRAWAL

Status Date: 08/01/1995

Filing Date: 08/01/1995

Duration: PERPETUAL

State of Incorporation: TEXAS

Registered Agent: BUSTER HARRIS

Registered Office: STAR ROUTE HC70, BOX 18
                   BROWNSVILLE, TEXAS 78521

Capital/Stock: 100,000 AT NPV

Tax Year: 2001

State Tax ID: 030117927506

Incorporators: JEAN PAULSEN, DALLAS, TEXAS

Officers, Directors and Management:

    HARRIS, BUSTER
    PRESIDENT
    (BOTH OFFICER AND DIRECTOR)
    HC 70 BOX 18
    BROWNSVILLE, TEXAS 78521

    GROSS, MORGAN
    VICE PRESIDENT
    (BOTH OFFICER AND DIRECTOR)
    HC 70 BOX 18
    BROWNSVILLE, TEXAS 78521

```
        HARRIS, VIVIAN
        SECRETARY AND TREASURER
        (BOTH OFFICER AND DIRECTOR)
        HC 70 BOX 18
        BROWNSVILLE, TEXAS 78521
```

Number: 01365184-00

Filing History:
```
     Date          Transaction
     ----------    -----------
     08/01/1995    ARTICLES OF INCORPORATION
     10/29/1996    PUBLIC INFORMATION REPORT FILED
     04/25/1997    PUBLIC INFORMATION REPORT FILED WITH REVISIONS
     08/08/1998    PUBLIC INFORMATION REPORT FILED
     08/08/1998    PUBLIC INFORMATION REPORT FILED
     03/27/1999    PUBLIC INFORMATION REPORT FILED WITH REVISIONS
     03/27/1999    PUBLIC INFORMATION REPORT FILED WITH REVISIONS
     10/23/1999    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
     07/10/2000    PUBLIC INFORMATION REPORT FILED
     03/16/2001    PUBLIC INFORMATION REPORT FILED WITH REVISIONS
     07/09/2001    PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
```

CALL LEXIS DOCUMENT SOLUTIONS FOR ALL YOUR CORPORATE NEEDS. 800.634.9738

15 of 76 DOCUMENTS

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY.  CERTIFICATION CAN ONLY BE
OBTAINED THROUGH THE OFFICE OF THE TEXAS SECRETARY OF STATE AND THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS. ***

TEXAS SECRETARY OF STATE, CORPORATE RECORD

Name: HARRIS SEAFOOD, INC.

Tax Address: HC 70 BOX 18
             BROWNSVILLE, TEXAS 78521

Type of Corporation: DOMESTIC PROFIT

Status: ACTIVE

Standing from Comptroller's Office: IN GOOD STANDING, NOT FOR DISSOLUTION OR
WITHDRAWAL

Status Date: 09/23/1986

Filing Date: 09/23/1986

Duration: PERPETUAL

State of Incorporation: TEXAS

Registered Agent: BUSTER HARRIS

Registered Office: 912 NORTH INDIANA
                   BROWNSVILLE, TEXAS

Capital/Stock: 5,000 AT NPV

Tax Year: 2001

State Tax ID: 017424413981

Incorporators: B.HARRIS, BROWNSVILLE, TEXAS
               W.B.HARRIS, BROWNSVILLE, TEXAS
               M.GROSS, BROWNSVILLE, TEXAS

Officers, Directors and Management:

    HARRIS, BUSTER
    PRESIDENT
    (BOTH OFFICER AND DIRECTOR)
    912 N INDIANA
    BROWNSVILLE, TEXAS 78521

    GROSS, MORGAN
    VICE PRESIDENT
    (BOTH OFFICER AND DIRECTOR)
    912 N INDIANA

BROWNSVILLE, TEXAS 78521

HARRIS, VIVIAN
SECRETARY
(BOTH OFFICER AND DIRECTOR)
912 N INDIANA
BROWNSVILLE, TEXAS 78521

HARRIS, BILLY
TREASURER
(BOTH OFFICER AND DIRECTOR)
912 N INDIANA
BROWNSVILLE, TEXAS 78521

Number: 01011888-00

Filing History:
```
     Date        Transaction
  ----------     -----------
  06/09/1989     PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
  07/08/1990     PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
  08/23/1991     PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
  11/16/1993     PUBLIC INFORMATION REPORT FILED
  09/01/1994     PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
  06/08/1996     PUBLIC INFORMATION REPORT FILED
  04/25/1997     PUBLIC INFORMATION REPORT FILED WITH REVISIONS
  08/16/1997     PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
  04/17/1998     PUBLIC INFORMATION REPORT FILED WITH REVISIONS
  08/23/1998     PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
  10/23/1999     PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
  12/09/2000     PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
  06/11/2001     PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
```

CALL LEXIS DOCUMENT SOLUTIONS FOR ALL YOUR CORPORATE NEEDS. 800.634.9738

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE OFFICE OF THE TEXAS SECRETARY OF STATE AND THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS. ***

TEXAS SECRETARY OF STATE, CORPORATE RECORD

Name: SEA HORSE FISHERIES, INC.

Tax Address: STAR ROUTE BOX 5
            BROWNSVILLE, TEXAS 78521

Type of Corporation: DOMESTIC PROFIT

Status: ACTIVE

Standing from Comptroller's Office: IN GOOD STANDING, NOT FOR DISSOLUTION OR WITHDRAWAL

Status Date: 05/26/1977

Filing Date: 05/26/1977

Duration: PERPETUAL

State of Incorporation: TEXAS

Registered Agent: JACK G. CARINHAS, JR.

Registered Office: 910 EAST LEVEE ST.
                  BROWNSVILLE, TEXAS

Capital/Stock: 100,000 AT $ 10

Tax Year: 2001

State Tax ID: 017419197078

Incorporators: J G CARINHAS JR, BROWNSVILLE, TEXAS
               W J SHELDON JR, BROWNSVILLE, TEXAS
               J I WALTERS, BROWNSVILLE, TEXAS

Officers, Directors and Management:

    HARRIS, BUSTER
    PRESIDENT
    (BOTH OFFICER AND DIRECTOR)
    HC 70 BOX 18
    BROWNSVILLE, TEXAS 78521

    GROSS, MORGAN
    VICE PRESIDENT
    (BOTH OFFICER AND DIRECTOR)
    HC 70 BOX 18

```
          BROWNSVILLE, TEXAS 78521

          HARRIS, BILLY
          SECRETARY
          (OFFICER)
          HC 70 BOX 18
          BROWNSVILLE, TEXAS 78521

Number: 00406612-00

Filing History:
      Date         Transaction
    ----------   -----------
    06/02/1989   PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
    07/08/1990   PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
    07/08/1990   PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
    06/25/1993   PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
    09/01/1994   PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
    08/10/1996   PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
    08/16/1997   PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
    08/23/1998   PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
    10/23/1999   PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS
    07/25/2000   PUBLIC INFORMATION REPORT FILED
    03/16/2001   PUBLIC INFORMATION REPORT FILED WITH REVISIONS
    06/04/2001   PUBLIC INFORMATION REPORT FILED WITH NO REVISIONS


    CALL LEXIS DOCUMENT SOLUTIONS FOR ALL YOUR CORPORATE NEEDS. 800.634.9738
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNDERWRITERS INSURANCE     §
COMPANY,     §
      Plaintiff     §
    §    C.A. NO. H-01-2161
VS.     §    Admiralty - Rule 9(h)
    §
KANDI SUE, INC. AND BUSTER HARRIS,     §
      Defendants     §

## ORDER

The Defendant's Motion to Transfer Venue and the Plaintiff's Response have been considered by the Court. The Motion is DENIED.

SIGNED this _____ day of _____, 2001, at Houston, Texas.


_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE