IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNDERWRITERS INSURANCE COMPANY,<br>　　　Plaintiff<br><br>VS.<br><br>KANDI SUE, INC. AND BUSTER HARRIS,<br>　　　Defendants | B-01-186<br><br>C.A. NO. H-01-2161<br>Admiralty - Rule 9(h) |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' REPLY TO
PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO TRANSFER VENUE**

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW Underwriters Insurance Company, Plaintiff herein, and files its Response to Defendants' Reply to Plaintiff's Response to Defendants' Motion to Transfer Venue, and would respectfully show as follows:

I.

THE LAW AND EVIDENCE SUPPORT DENIAL OF TRANSFER

Despite Defendants' continued claims of economic hardship and possession of key information and knowledge by witnesses in Brownsville, Defendants have failed to substantiate these claims with any form of directed and admissible evidence. What specific evidence Buster and Vivian Harris have concerning the seaworthiness of the vessel at the inception of the policy, as well as the maintenance and seaworthiness of the vessel thereafter, remains a mystery. Likewise, the specific and relevant evidence and anticipated testimony of the crewmembers of the vessel also remain unknown. Their statements concerning knowledge they have surrounding the flooding casualty do not address these issues.

Defendants admit that Plaintiff's choice of forum is given deference and it can be overcome only by a strong showing that the balance of conveniences and the interest of justice dictate

otherwise. In addition to the placement of the policy in Houston, it remains undisputed by Defendants that their insurance brokers in Houston, Messrs. Aon, acted on their behalf in obtaining the insurance policy and in submitting Defendants' claims to Plaintiff through Plaintiff's New York office. Defendants' insurance representatives and their policy and claim investigation files are in Houston.[1] Thus, in addition to the presence of Dr. Bravenec of Anderson & Associates, Inc. in Houston, the relevant insurance brokers acting on behalf of Defendants are also located in Houston. Defendants' plea for a transfer is nothing more than an attempt to shift any resulting inconvenience from this litigation from themselves to Plaintiff.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Underwriters Insurance Company, prays that Defendants' Motion to Transfer Venue be denied.

Respectfully submitted,

By: /s/ Mark Cohen

Mark Cohen
State Bar No. 04508395
Federal Bar No. 2807
The Niels Esperson Building
808 Travis, Suite 808
Houston, Texas 77002
Telephone: (713) 224-0628
Facsimile: (713) 224-7487
Attorney for Plaintiff
Underwriters Insurance Company

OF COUNSEL:

COHEN, GORMAN & PUTNAM, L.L.P.

---

[1] As previously detailed in Plaintiff's Response to Defendants' Motion to Transfer Venue at page 3, Mr. Dennis R. Anderson and Mr. Degraff Adams possess specific and relevant information concerning the obtaining and placement of the policy, as well as the investigation and submission of Defendants' claim for cover in connection with this event.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was forwarded to the following counsel of record by facsimile and first class United States Mail on this __10th__ day of October, 2001:

Jack G. Carinhas, Jr.
302 Kings Highway, Suite 109
Brownsville, Texas 78521

_____
OF COHEN, GORMAN & PUTNAM, L.L.P.

01002/response2.motion.101001

-3-