IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

B - 01 - 18 ¿

| | | |
|---|---|---|
| UNDERWRITERS INSURANCE COMPANY, <br> Plaintiff | § § § § | |
| VS. | § § § | C.A. No. H-01-2161 <br> In Admiralty <br> Rule 9(h) |
| KANDI SUE, INC. AND BUSTER HARRIS, <br> Defendant | § § § | |

ORIGINAL

United States Court
Southern District of Texas
FILED
OCT 1 2 2001
Michael N. Milby, Clerk

## LIST OF INTERESTED PARTIES

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW **Kandi Sue, Inc.** and **Buster Harris** Defendants in the above-entitled and numbered cause, and respectfully file the following list of individuals or entities having a financial interest in this litigation:

1) Underwriters Insurance Company, Plaintiff

2) Kandi Sue, Inc., HC 70, Box 18, Brownsville, Texas 78521, Defendant;

3) Buster Harris, HC 70, Box 18, Brownsville, Texas 78521, Defendant

4) Mr. Mark Cohen
   Cohen, Gorman & Putnam, L.L.P.
   The Niels Esperson Building
   808 Travis Street, Suite 808
   Houston, Texas 77002-5710
   Plaintiff's attorney

5)     Jack G. Carinhas, Jr.
Attorney and Counselor at Law
302 Kings Highway, Suite 109, Brownsville, Texas 78521;
Defendants' attorney.

Respectfully submitted,

_____
Jack G. Carinhas, Jr.
Fed I.D. #1179
State Bar No. 03795000
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Tel: 956/542-9161
Fax: 956/542-3651

Attorney-in-charge for Defendants

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing pleading was served on Mr. Mark Cohen of the law firm of Cohen, Gorman & Putnam, L.L.P., The Niels Esperson Building, 808 Travis Street, Suite 808, Houston, Texas 77002-5710, by First Class letter, postage prepaid and properly addressed on this ___8th___ day of October, 2001.

_____
Jack G. Carinhas, Jr.