| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

HOUSTON DIVISION

United States Courts
Southern District of T-
ENTERED
OCT 2 3 2001
Michael N. Milby, Clerk of

UNDERWRITERS INSURANCE COMPANY, §
§
Plaintiff, §
§
v. §
§
KANDI SUE, INC., ET AL., §
§
Defendants. §

B - 01 - 186

C. A. No. H-01-2161

Jury: _____  Non-Jury: __X__

## DOCKET CONTROL ORDER

The disposition of this case will be controlled by the following schedule and deadlines:

1. NEW PARTIES shall be joined by:
   The Attorney causing the addition of new parties will provide copies
   of this Order to new parties.                                           12/15/01

2. EXPERT WITNESSES for the PLAINTIFF will be identified by a report
   listing the qualifications of each expert, each opinion the expert
   will present, and the basis for it.  Due date:                          1/15/02

3. EXPERT WITNESSES for the DEFENDANT will be identified by a report
   listing the qualifications of each expert, each opinion the expert
   will present, and the basis for it.  Due date:                          2/15/02

4. DISCOVERY must be completed by:                                         4/1/02
   Written discovery requests are not timely if they are filed so close to
   this deadline that the recipient would not be required under the Federal
   Rules of Civil Procedure to respond until after the deadline.

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS (except motions in limine)
   will be filed by:                                                       4/15/02

6. JOINT PRETRIAL ORDER will be filed by:                                  7/15/02
   Plaintiff is responsible for timely filing the complete Joint Pretrial Order
   to include Voir Dire and Jury Issues.

7. DOCKET CALL is set for:                                                 Sept. 6, 200_
   The Court will set this date.  No instrument filed within 7 days before the       at 4:00 p.m.
   Docket Call will be considered at Docket Call.

October 19, 2001                              _Ewing Werlein, Jr._
Date                                          EWING WERLEIN, JR.
                                              United States District Judge