**B-01-186**

Case Number:   H-01cv2161

Style:   *Underwriters Insurance Company v. Kandi Sue, Inc., et al.*

Appearances:   *PLEASE PRINT CLEARLY*

| Counsel: | Representing: |
|---|---|
| *[signature] Jackie Tarumbough(?)* | *Kandi Sue Inc / Baster Hair(?)* |
| *[signature]* | Underwriters |

Date: 10/19/01        Time: 3:25 pm / 4:00
Court Reporter: none   Law Clerk: Veronica Rivas

~~ORDER~~ / DOCKET ENTRY

(EW) Minutes of RULE 16 SCHEDULING CONFERENCE:

1. [✓]   Docket Control Order entered.
2. [ ]   The parties will complete all discovery required for purposes of Alternative Dispute Resolution, including mediation, within _____ days, and no later than _____, will advise the Court of the identity of a mediator to whom they jointly agree that this case can be referred for mediation.

~~The Clerk will file this entry and mail copies to Counsel.~~

~~Ewing Werlein, Jr.~~
~~United States District~~ Judge