*1*

United States District Court
Southern District of Texas
FILED

DEC 1 4 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNDERWRITERS INSURANCE COMPANY, | § | |
| Plaintiff | § | |
| | § | |
| | § | |
| VS. | § | C.A. No. B-01-186 |
| | § | In Admiralty |
| KANDI SUE, INC. AND | § | Rule 9(h) |
| BUSTER HARRIS, | § | |
| Defendant | § | |

## LIST OF INTERESTED PARTIES

### TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **Kandi Sue, Inc.** and **Buster Harris** Defendants in the above-entitled and numbered cause, and respectfully file the following list of individuals or entities having a financial interest in this litigation:

1) Underwriters Insurance Company, Plaintiff

2) Kandi Sue, Inc., HC 70, Box 18, Brownsville, Texas 78521, Defendant;

3) Buster Harris, HC 70, Box 18, Brownsville, Texas 78521, Defendant

4) First National Bank, 701 E. Levee, Brownsville, Texas 78520

5) Mr. Mark Cohen
   Cohen, Gorman & Putnam, L.L.P.
   The Niels Esperson Building
   808 Travis Street, Suite 808
   Houston, Texas 77002-5710
   Plaintiff's attorney

6)    Jack G. Carinhas, Jr.
      Attorney at Law
      302 Kings Highway, Suite 109, Brownsville, Texas 78521;
      Defendants' attorney.

7)    Dennis Sanchez
      Sanchez Whittington Janis Zabarte, LLP
      100 N. Expressway 83, Brownsville, Texas 78521
      Attorney for First National Bank

Respectfully submitted,

Jack G. Carinhas, Jr.
Fed I.D. #1179
State Bar No. 03795000
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Tel:   956/542-9161
Fax:   956/542-3651

Attorney-in-charge for Defendants

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing pleading was served on Mr. Mark Cohen of the law firm of Cohen, Gorman & Putnam, L.L.P., The Niels Esperson Building, 808 Travis Street, Suite 808, Houston, Texas 77002-5710, by First Class letter, postage prepaid and properly addressed on this _13th_ day of December, 2001.

Jack G. Carinhas, Jr.