IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 4 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNDERWRITERS INSURANCE COMPANY, §§§§ | |
| Plaintiff § | |
| § | |
| VS. § | C.A. No. B-01-186 |
| § | In Admiralty |
| KANDI SUE, INC. AND § | Rule 9(h) |
| BUSTER HARRIS, § | |
| Defendant § | |

## DEFENDANTS KANDI SUE, INC. AND BUSTER HARRIS' RULE 26 INITIAL DISCLOSURES

Pursuant to Fed.R.Civ.P. 26(a), Jack G. Carinhas, Jr., Attorney for Defendant **Kandi Sue, Inc.,** and **Buster Harris**, hereby makes the following Initial Disclosures:

(1)(A) The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings:

Defendant Buster Harris, HC 70, Box 18, Brownsville, Texas (telephone 956/831-3601) has knowledge regarding maintenance and necessary repairs to the Vessel, condition and seaworthiness of the Vessel, liability and damage issues.

Vivian Harris, HC 70, Box 18, Brownsville, Texas (telephone 956/831-3601) has knowledge regarding maintenance and necessary repairs to the Vessel, condition and seaworthiness of the Vessel, liability and damage issues.

Carlton Reyes, Marine Surveyor, 104 Huisache Street, Los Fresnos, Texas (telephone 956/233-4734) has knowledge of the Vessel's condition before and after the foundering, liability and damage issues.

Morgan Gross, Highway 48, Brownsville, Texas (telephone 956/831-3400), Manager of Border Shipyards at Port Brownsville has knowledge regarding maintenance and necessary repairs to the Vessel, condition and seaworthiness of the Vessel before it was insured, liability and damage issues.

Abel Bravo, captain of the F/V *Ensolido*, may have knowledge regarding the seaworthiness of the Vessel, liability and damage issues.

Joseph Frederick Samuel, Rigman of the F/V *Ensolido* may have knowledge regarding the seaworthiness of the Vessel, liability and damage issues.

Romel Benavides, Header of the F/V *Ensolido* may have knowledge regarding the seaworthiness of the Vessel, liability and damage issues.

Mark McAllister, McAllister Marine Surveying Co., P. O. Box 6375, Corpus Christi, Texas 78466 (telephone 361/882-4677) may have knowledge regarding liability and damage issues.

Ray Wolf, Commercial Diving, Inc., Star Route 9A, Brownsville, Texas 78521 (telephone 956/831-2980) may have knowledge regarding liability and damage issues.

Dennis R. Anderson, AON Risk Services of Texas, Inc., 2000 Bering Drive, Suite 900, Houston, Texas 77057 (telephone 713/430-6822) may have knowledge regarding liability and damage issues.

Degraf Adams, AON Risk Services of Texas, Inc., 2000 Bering Drive, Suite 900, Houston, Texas 77057 (telephone 713/430-6822) may have knowledge regarding liability and damage issues.

Edward V. Barvenec, Ph.D., P.E., Anderson & Associates, Inc. 919 F.M. 1959, Houston, Texas 77034-5425 (telephone 281/481-5840) may have knowledge regarding liability and damage issues.

Randy Kidd, Specialty Co., 2125 Sentinel Drive, Corpus Christi, Texas (telephone 316/937-0264) may have knowledge regarding liability and damage issues.

Lorna V. Rosquites, Assistant Vice President, The Center Marine Managers, Inc., Wall Street Plaza, 88 Pine Street, 11th Floor, New York, NY 10005 (telephone 212/510-9180) may have knowledge regarding liability and damage issues.

Arnie Gonzalez, Branch President, First National Bank, 701 E. Levee, Brownsville, Texas 78520 (telephone 956/986-7017), has knowledge of the outstanding preferred mortgage held by his bank upon the F/V *Ensolido* and the Breach of Warranty coverage provided by Plaintiff to protect his bank.

Plaintiff may have knowledge regarding liability and damage issues.

(1)(B) A copy, or a description by category and location of, all documents, data compilations, and tangible things relevant to disputed facts alleged with particularity in the pleadings:

Defendants Kandi Sue, Inc. and Buster Harris in accordance with Fed.R.Civ.P. 26(a), hereby discloses that the following categories of documents are available for inspection and review at the Law Office of Carinhas & Saldaña, L.L.P., 302 Kings Highway, Suite 109, Brownsville, Texas 78521, and will be made available at a mutually convenient time:

a) Invoices for repairs, labor and materials pertinent to loss sustained by Defendants;

b) Photographs of damage sustained to F/V *Ensolido*;

c) Survey reports of Carlton Reyes, Marine Surveyor, including statements he obtained from crew of the F/V *Ensolido*;

d) Invoice of Border Shipyards, Inc. for maintenance and repair of the F/V *Ensolido* in May 2000;

e) Applicable policy of marine hull insurance and endorsements insuring the F/V *Ensolido*;

f) Invoice of Roberson Marine Services, P. O. Box 1513, Port Aransas, Texas 78373 for towing and salvage services.

(1)(C) A computation of any category of damages claimed:

Repairs, towing charges and other expenses $70,165.98 plus 12% penalty for loss suffered, together with reasonable attorney fees, prejudgment and post-judgment interest.

Mortgage balance of $138,630

(1)(D)  A copy of any insurance agreement:

Previously produced to Plaintiff.

The undersigned attorney, as attorney of record for the Defendants, certifies that a true and correct copy of the attached document has been served upon opposing counsel by the method of service indicated below on this the /3th day of December, 2001.

Respectfully submitted,

_____
Jack G. Carinhas, Jr.
Fed I.D. #1179
State Bar No. 03795000
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Tel:   956/542-9161
Fax:  956/542-3651

Attorney-in-charge for Defendants

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing pleading was served on Mr. Mark Cohen of the law firm of Cohen, Gorman & Putnam, L.L.P., The Niels Esperson Building, 808 Travis Street, Suite 808, Houston, Texas 77002-5710, by First Class letter, postage prepaid and properly addressed on this 3th day of December, 2001.

_____
Jack G. Carinhas, Jr.

DEFENDANTS' RULE 26 INITIAL DISCLOSURES                                     Page - 4