UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNDERWRITERS INSURANCE COMPANY, | § § | |
| Plaintiff, | § § | |
| V. | § | C.A. No. 01-CV-186 |
| | § § | |
| KANDI SUE, INC. AND BUSTER HARRIS, | § § | |
| Defendants. | § | |

United States District Court
Southern District of Texas
FILED

JAN 0 2 2002

Michael N. Milby
Clerk of Court

### ROBERSON MARINE SERVICES' MOTION TO INTERVENE UNDER RULE 24

COMES NOW Roberson Marines Services, Intervenor, and respectfully files and submits this his Motion to Intervene Pursuant to Rule 24 and would show onto this honorable Court as follows:

1. Roberson Marine Services move for leave to intervene as a Plaintiff in this action, in order to assert its maritime lien claim for salvage as a result of the occurrence made the basis of this suit. Robertson Marine Services provided salvage services to the vessel ENSOLIDO on the voyage in question and has asserted a maritime lien claim against the vessel as well as an in personam claim against the KANDI SUE, INC., for services rendered. A true and correct copy of its recorded lien claim is attached hereto as Exhibit "1". The lien claim was filed and recorded on March 12, 2001.

2. This action was transferred to the Brownsville division by order dated October 26, 2001. Intervenor, Roberson Marine Services agrees to abide by the orders of this Court concerning trial settings and discovery.

WHEREFORE, PREMISES CONSIDERED, Robertson Marine Services respectfully requests leave to intervene.

Respectfully submitted,

_____
Les Cassidy
500 N. Water Street
1020 Bank of America
Corpus Christi, Texas 78471
(361) 887-2965 office
(361) 887-6521 fax
State Bar No.: 03979270
Federal I.D. No.: 5931

ATTORNEY FOR ROBERSON MARINE SERVICES

## CERTIFICATE OF CONSULTATION

I certify that I have consulted with all counsel of record by fax on this 27th day of December, 2001, and Plaintiff advised this motion is unopposed, Defendant has not responded but may not have had time to review the request because of the holidays.

_____
Les Cassidy

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above was forwarded by U.S. certified mail, return receipt requested, on this 28th day of December, 2001, on the following:

Jack G. Carinhas, Jr.
302 Kings Highway, Suite 109
Brownsville, Texas 78521

Mark Cohen
COHEN, GORMAN & PUTNAM, L.L.P.
808 Travis Street, Suite 808
Houston, Texas  77002

_____
Les Cassidy

## NOTICE OF CLAIM OF LIEN FOR SALVAGE

The undersigned hereby gives notice that the following lien is being filed against the vessel listed below:

| | |
|---|---|
| NAME OF VESSEL AND OFFICIAL NUMBER: | ENSOIDA 609583 |
| DATE OF CREATION OF LIEN: | 01-09-2001 |
| AMOUNT OF LIEN: | $19,155.00 |
| NATURE OF LIEN: | Salvage |
| NAME AND ADDRESS OF CLAIMANT: | Roberson Marine Services P.O. Box 1513 Port Aransas, Texas 78373 |
| NAME OF OWNER: | Kandi Sue, Inc. |

_____
Signature

March 8th 2001
Date

### ACKNOWLEDGEMENT

STATE OF TEXAS §
§
COUNTY OF NUECES §

This instrument was acknowledged before me by Mike Roberson, owner of Roberson Marine Services, on this the 8th day of March, 2001.

_____
Notary Public in and for
The State of TEXAS

LES CASSIDY
Notary Public, State of Texas
My Commission Expires
JAN. 23, 2002

EXHIBIT "1"