

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas

JAN 0 2 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNDERWRITERS INSURANCE COMPANY,<br>      Plaintiff, | §<br>§<br>§<br>§ |
| V. | §    C.A. No. 01-CV-186 |
| KANDI SUE, INC. AND BUSTER HARRIS,<br>      Defendants. | §<br>§<br>§<br>§ |

## PETITION TO INTERVENE

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW Roberson Marine Services, Intervenor, and respectfully files and submits this his claim in intervention pursuant to Rule 24 of the Federal Rules of Federal Procedure as follows:

1. Intervenor, Roberson Marine Services is a sole proprietorship owned by Mike Roberson of Port Aransas, Texas. On or about January 9, 2001, he provided marine salvage services to the vessel ENSOLIDO on behalf of ENSOLIDO's owner, KANDI SUE, INC. The total amount of Intervenor's claim, excluding attorney's fees, pre-judgment interest and court costs, is $19,155.00. The occurrence made the basis of this claim is the same occurrence which is the subject of litigation between Plaintiff and Defendant.

2. Intervenor respectfully requests that Plaintiff and Defendant answer this Petition in Intervention and that upon final trial hereof that Intervenor be awarded its claim plus attorney's fees and court costs and such other and further relief to which Roberson Marine Services may show itself entitled.

Respectfully submitted,

_____
Les Cassidy
500 N. Water Street
1020 Bank of America
Corpus Christi, Texas 78471
(361) 887-2965  office
(361) 887-6521  fax
State Bar No.: 03979270
Federal I.D. No.: 5931

ATTORNEY FOR ROBERSON MARINE SALES

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above was forwarded by U.S. certified mail, return receipt requested, on this 26 day of December, 2001, on the following:

Jack G. Carinhas, Jr.
302 Kings Highway, Suite 109
Brownsville, Texas  78521

Mark Cohen
COHEN, GORMAN & PUTNAM, L.L.P.
808 Travis Street, Suite 808
Houston, Texas  77002

_____
Les Cassidy