22

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNDERWRITERS INSURANCE COMPANY, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| | § | |
| V. | § | C.A. No. 01-CV-186 |
| | § | |
| KANDI SUE, INC. AND BUSTER HARRIS, | § | |
| Defendants. | § | |

## ORDER PERMITTING INTERVENTION OF ROBERSON MARINE SERVICES

Be it remembered that on this day, this Court having considered the Motion to Intervene (Docket No. 20) filed by Roberson Marine Services is of the opinion that said motion should be granted.

SO ORDERED this 4 day of January, 2002.

_____
UNITED STATES MAGISTRATE JUDGE