IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 4 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNDERWRITERS INSURANCE COMPANY, | § § | |
| Plaintiff | § § | |
| VS. | § § § | CIVIL ACTION NO. B-01-186<br>In Admiralty<br>Rule 9(h) |
| KANDI SUE, INC. and BUSTER HARRIS, | § § | |
| Defendant | § | |

## UNOPPOSED MOTION TO INTERVENE

TO THE HONORABLE JUDGE OF SAID COURT:

UNDERWRITERS INSURANCE COMPANY, Plaintiff, instituted this action against KANDI SUE, INC. and BUSTER HARRIS. The full nature of Plaintiff's claim is set forth more fully in its Original Complaint, but, essentially, it seeks to obtain a declaration that there was no insurance coverage on the shrimp trawler ENSOLIDO at the inception of the policy coverage term due to the vessel's initial and continuing unseaworthiness and, alternatively, that the vessel was unseaworthy at the commencement of the voyage in question. The Defendants filed a joint answer to Plaintiff's Complaint and also filed a counterclaim seeking to compel coverage and payment of the loss, for which they may claim.

1. Intervenor, FIRST NATIONAL BANK, was issued a breach of warranty endorsement to policy number MHZ006220D1 which was issued by Underwriters Insurance Company, Plaintiff herein. Such policy endorsement was issued for a term from August 4, 2000 to August 4, 2001. The loss to the F/V ENSOLIDO occurred on or about January 9, 2001.

2. As a result of the issuance of the breach of warranty endorsement to First National Bank by Plaintiff, First National Bank if entitled to pursue its interest in the breach of warranty endorsement and to recover all amounts to which it may be entitled as a result of the damage costs to the F/V ENSOLIDO. Intervenor, First National Bank, has prepared a proposed Complaint and Intervention, a copy of which is attached hereto as Exhibit A and incorporated herein for all purposes. Intervenor would respectfully request this Court to grant it leave to file its Complaint and Intervention.

        Respectfully submitted,

        SANCHEZ, WHITTINGTON, JANIS
            & ZABARTE, L.L.P.
        100 North Expressway 83
        Brownsville, Texas 78521-2284
        (956) 546-3731 - Telephone
        (956) 546-3765 or 3766 - Fax

By: _____
        Dennis Sanchez
        State Bar No. 17569600
        Federal Admission No. 1594
        ATTORNEYS FOR INTERVENOR
        FIRST NATIONAL BANK

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 6(a), the undersigned contacted Mark Cohen, counsel for Plaintiff by telephone this 2nd day of January, 2002, with respect to the above and foregoing Motion to Intervene, and Mr. Cohen is unopposed to the filing of a Complaint and Intervention on behalf of First National Bank, as shown by this motion. Similarly, on this 2nd day of January, 2002, the undersigned contacted Jack G. Carinhas, Jr., counsel for the Defendants by telephone with respect to the above and foregoing Motion to Intervene, and Mr. Carinhas is unopposed to the filing of a Complaint in Intervention on behalf of First National Bank, as is shown by this motion.

_____
Dennis Sanchez

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion has been forwarded to the parties listed below via certified mail, return receipt requested, on this 2nd day of January, 2002.

Mr. Mark Cohen
The Niels Esperson Building
808 Travis, Suite 808
Houston, Texas 77002

Mr. Jack G. Carinhas, Jr.
302 Kings Highway, Suite 109
Brownsville, Texas 78521

_____
Dennis Sanchez

# INTERVENOR'S EXHIBIT A