24

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNDERWRITERS INSURANCE COMPANY, | § § § | |
| Plaintiff | § § | |
| VS. | § § | CIVIL ACTION NO. B-01-186 |
| | § | In Admiralty |
| KANDI SUE, INC. and BUSTER HARRIS, | § § | Rule 9(h) |
| Defendant | § | |

## ORDER GRANTING MOTION FOR LEAVE TO FILE COMPLAINT AND INTERVENTION

On this day, came on to be considered, First National Bank's Motion for Leave to File Its Complaint and Intervention *(Docket No. 23)* in the above-entitled and numbered cause. This Court finds that Intervenor, First National Bank, has shown good cause for leave to file its Complaint and Intervention. It is, therefore,

ORDERED that First National Bank is granted leave to file its Complaint and Intervention in this cause.

DONE at Brownsville, Texas, this 11th day of January, 2002.

_____
United States ~~District~~ Judge
MAGISTRATE