25

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNDERWRITERS INSURANCE COMPANY, | § § § | |
| Plaintiff | § § | |
| VS. | § § | C.A. No. B-01-186 |
| | § | In Admiralty |
| KANDI SUE, INC. AND BUSTER HARRIS, | § § | Rule 9(h) |
| Defendant | § § | |

## FIRST AMENDED LIST OF INTERESTED PARTIES

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW **Kandi Sue, Inc.** and **Buster Harris** Defendants in the above-entitled and numbered cause, and respectfully file the following list of individuals or entities having a financial interest in this litigation:

1) Underwriters Insurance Company, Plaintiff

2) Kandi Sue, Inc., HC 70, Box 18, Brownsville, Texas 78521, Defendant;

3) Buster Harris, HC 70, Box 18, Brownsville, Texas 78521, Defendant

4) First National Bank, 701 E. Levee, Brownsville, Texas 78520

5) Roberson Marine Services, P. O. Box 1513, Port Aransas, Texas 78373

6) Mr. Mark Cohen
   Cohen, Gorman & Putnam, L.L.P.
   The Niels Esperson Building
   808 Travis Street, Suite 808
   Houston, Texas 77002-5710
   Plaintiff's attorney

7) Jack G. Carinhas, Jr.
   Attorney at Law
   302 Kings Highway, Suite 109, Brownsville, Texas 78521;
   Defendants' attorney.

8) Dennis Sanchez
   Sanchez Whittington Janis Zabarte, LLP
   100 N. Expressway 83, Brownsville, Texas 78521
   Attorney for First National Bank

9) Les Cassidy
   Woolsey & Cassidy, P.C.
   1020 Bank of America
   500 N. Water Street, Corpus Christi, Texas 78471
   Attorney for Roberson Marine Services

Respectfully submitted,

*/s/ Jack G. Carinhas*

Jack G. Carinhas, Jr.
Fed I.D. #1179
State Bar No. 03795000
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Tel:   956/542-9161
Fax:   956/542-3651

Attorney-in-charge for Defendants

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing pleading was served on Mr. Mark Cohen of Cohen, Gorman & Putnam, L.L.P., The Niels Esperson Building, 808 Travis Street, Suite 808, Houston, Texas 77002-5710, Mr. Dennis Sanchez of Sanchez, Whittington, Janis & Zabarte, L.L.P., 100 N. Expressway 83, Brownsville, Texas 78521 and Mr. Les Cassidy of Woolsey & Cassidy, P.C., 1020 Bank of America, 500 N. Water Street, Corpus Christi, Texas 78471, by First Class letter, postage prepaid and properly addressed on this 22nd day of January, 2002.

_____
Jack G. Carinhas, Jr.