26

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 5 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNDERWRITERS INSURANCE COMPANY, | § § § | |
| Plaintiff | § § | B-01-186 |
| VS. | § § | C.A. No. H-01-2161 |
| | § | In Admiralty |
| KANDI SUE, INC. AND BUSTER HARRIS, | § § | Rule 9(h) |
| Defendant | § § | |

### DEFENDANTS' JOINT ANSWER TO INTERVENOR ROBERSON MARINE SERVICES PETITION TO INTERVENE

**To The Honorable Judge of Said Court:**

Defendants **Kandi Sue, Inc.** and **Buster Harris**, for their joint answer to the Petition to Intervene of **Roberson Marine Services**, Intervenor, respectfully show unto the Court the following:

## I.
## Admissions and Denials

1. Defendants admit the allegations of Paragraph 1, except that they deny that the amount of Intervenor's claim of $19,155.00 is fair and reasonable for the services performed by said Intervenor and demand strict proof thereof.

2. With respect to Paragraph 2, Defendants deny that Intervenor is entitled to attorney fees.

## II.
## Affirmative Defenses

3. For their affirmative defense, Defendants assert that any liability for Intervenor's claim is the obligation of Underwriters Insurance Company

whose agents, adjusters, surveyors and representatives engaged Intervenor's services and made arrangements for payment of Intervenor.

## Prayer

WHEREFORE, premises considered, Defendants **Kandi Sue, Inc**. and **Buster Harris** pray that on final trial that Intervenor **Roberson Marine Services** be denied any recovery or declaratory judgment relief as against these defendants, and for such other and further relief to which Defendants may be justly entitled.

Respectfully submitted,

Jack G. Carinhas, Jr.
S.B. 03795000
Fed ID #1179
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Tel: 956/542-9161
Fax: 956/542-3651
Attorney-in-Charge

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Answer was mailed to Mr. Les Cassidy of Woolsey & Cassidy, P.C., 1020 Bank of America, 500 N. Water Street, Corpus Christi, Texas 78471, and all other counsel of record in accordance with the Rules by First Class Letter, this 24th day of January, 2002.

Jack G. Carinhas, Jr.