

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 8 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNDERWRITERS INSURANCE | § | |
| COMPANY, | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-186 |
| | § | In Admiralty |
| KANDI SUE, INC. and | § | Rule 9(h) |
| BUSTER HARRIS, | § | |
|     Defendant | § | |

## COMPLAINT IN INTERVENTION

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW, FIRST NATIONAL BANK, Intervenor herein, complaining of Underwriters Insurance Company, and for cause of action would respectfully show unto the Court the following:

I.

### Parties

    1.01    Intervenor, First National Bank, is a federally chartered banking institution, having its principal place of business in Edinburg, Hidalgo County, Texas, but also having offices and banking facilities in Cameron County, Texas.

    1.02.    Plaintiff, Underwriters Insurance Company, is a California corporation with its principal place of business in Culver City, California. Service of process may be effected upon such party by serving its registered agent, David van Tien, 450 Gears Road, Suite 750, Houston, Texas 77067.

    

1.03.   Defendant, Kandi Sue, Inc., is a Texas corporation, with its principal place of business in Brownsville, Cameron County, Texas, and service may be effected by serving its registered agent, Buster Harris, at 912 North Indiana, Brownsville, Texas 78521.

1.04.  At all material times, Kandi Sue, Inc. was the documented owner of the shrimp trawler, F/V ENSOLIDO.

1.05.  Defendant, Buster Harris, is an individual residing in Brownsville, Cameron County, Texas, and may be served with process at 912 North Indiana, Brownsville, Texas 78521.

II.

Jurisdiction

2.01.  This court has jurisdiction pursuant to 28 U.S.C. § 1332(a)(1)[Diversity Jurisdiction] because the Plaintiff, Underwriters Insurance Company, and the Defendants, including Intervenor, are citizens of different states, and the amount in controversy exceeds $75,000.00, exclusive of interest.  Alternatively, this Court has admiralty and maritime jurisdiction over this controversy within the meaning of Rule 9(h), Federal Rules of Civil Procedure, because the claim seeks enforcement of a marine insurance policy arising out of damages occurred by the F/V ENSOLIDO in the Gulf of Mexico.

III.

Facts

3.01.  On or about August 4, 2000, Kandi Sue, Inc. was the owner of the steel hull shrimp trawler F/V ENSOLIDO, Official Number 609583.  On such date, Plaintiff, Underwriters Insurance Company, issued and sold  to Kandi Sue, Inc. a marine insurance policy covering the hull and

equipment of the F/V ENSOLIDO under number MHZ-006220D1, said policy having an effective term from August 4, 2000 to August 4, 2001.

3.02.   On the same date, Plaintiff, Underwriters Insurance Company, issued, for the same term, a breach of warranty endorsement insuring First National Bank for losses occurring to the F/V ENSOLIDO up to the amount of $138,630.00. A copy of the Breach of Warranty Endorsement is attached hereto as Exhibit A.

3.03.   Prior to August 4, 2000 and specifically, on May 17, 2000, Kandi Sue, Inc. executed a First Preferred Ship's Mortgage to First National Bank on the whole of the vessel F/V ENSOLIDO in the amount of $138,630.00. Said First Preferred Ship's Mortgage was received for record at the National Vessel Documentation Center on June 1, 2000 at 11:20 o'clock a.m. and recorded in Book number 00-59 at Page 47. A copy of the Preferred Ship's Mortgage is attached hereto as Exhibit B.

3.04.   Said First Preferred Ship's Mortgage was issued in order to secure the repayment of a certain promissory note dated May 17, 2000 in the principal amount of $138,630.00, which note was executed by Kandi Sue, Inc. in favor of First National Bank. Said promissory note bore interest at the rate of 2.00% floating over the prime rate as published in the Wall Street Journal, Southwest Edition, from time to time, with a floor of 9.50% per annum until maturity. The maturity date of said promissory note was May 17, 2007. At the time of the loss on January 9, 2001, the outstanding principal balance of the note was $122,125.00.

3.05.   On January 9, 2000, the F/V ENSOLIDO foundered by taking on an inordinate amount of water while underway in the Gulf of Mexico off the Texas coast. The vessel was towed to Aransas Pass, Texas, de-watered and subsequently towed to its home port in Brownsville, Texas for repairs. The repairs, towing charge and other reasonable and necessary expenses resulting from the

foundering of the F/V ENSOLIDO total in the sum of $75,165.98. At the time of the issuance of policy number MHZ-006220D1 and the breach of warranty endorsement on August 4, 2000, the F/V ENSOLIDO was seaworthy. Furthermore, subsequent to the issuance of the insurance policy on August 4, 2000, the owner, Kandi Sue, Inc., utilized reasonable care and diligence to maintain the vessel in a seaworthy condition. It is the contention of First National Bank that the cause of the foundering of the F/V ENSOLIDO was either crew negligence or a latent defect in the vessel, both of which are covered perils under the marine insurance policy issued as policy number MHZ-006220D1.

3.06. Alternatively, assuming arguendo that the vessel F/V ENSOLIDO was not seaworthy at the inception of the policy, or that the owner failed to utilize due diligence to maintain the vessel in a seaworthy condition during the term of the policy, said violations would not affect the obligation of Underwriters Insurance Company to make payment to First National Bank as mortgagee under the breach of warranty endorsement for the losses suffered by the F/V ENSOLIDO.

3.07. First National Bank has recently filed a Claim and Proof of Loss with Underwriters Insurance Company seeking to recover under the Breach of warranty endorsement. First National Bank anticipates that Underwriters Insurance Company will deny the claim on the basis of the position previously taken seeking to invalidate the policy ab initio and because of its failure to tender the mortgagees interest pertaining to First National Bank as a result of the Claim and Proof of Loss previously filed by Kandi Sue, Inc. and as third party beneficiary of the Breach of warranty endorsement. First National Bank therfore sues Underwriters Insurance Company for the amount of loss and damage suffered by Kandi Sue, Inc. and the F/V ENSOLIDO arising from the incident which occurred on January 9, 2001, which damages amount to $75,165.98.

3.08.  If Underwriters Insurance Company fails to make payment to First National Bank under its breach of warranty claim, then, pursuant to Article 3.62 of the Texas Insurance Code, First National Bank seeks to recover a penalty of twelve percent (12%) for the amount of loss, together with reasonable attorney's fees.

Prayer for Relief

WHEREFORE, premises considered, First National Bank, Intervenor, requests that Underwriters Insurance Company be summoned to appear and answer herein, and that on final trial, First National Bank, as Intervenor, have and recover:

1.  Judgment against Underwriters Insurance Company for the sum of $70,165.98.

2.  A twelve percent (12%) penalty as provided by law.

3.  Reasonable attorney's fees.

4.  Pre and post-judgment interest at the highest legal rate allowed by law and costs of court.

5.  And for such other and further relief to which First National Bank may be justly entitled.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
   & ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 - Telephone
(956) 546-3765 or 3766 - Fax

By: _____
Dennis Sanchez
State Bar No. 17569600
Federal Admission No. 1594
ATTORNEYS FOR INTERVENOR
FIRST NATIONAL BANK

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion has been forwarded to the parties listed below via certified mail, return receipt requested, on this 4th day of January, 2002.

Mr. Mark Cohen
The Niels Esperson Building
808 Travis, Suite 808
Houston, Texas 77002

Mr. Jack G. Carinhas, Jr.
302 Kings Highway, Suite 109
Brownsville, Texas 78521

Dennis Sanchez