

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
~~HOUSTON~~ BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 29 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNDERWRITERS INSURANCE COMPANY, § § | |
| Plaintiff § | |
| § | C.A. No. ~~H-01-2161~~ B-01-186 |
| VS. § | |
| § | In Admiralty |
| KANDI SUE, INC. AND § | Rule 9(h) |
| BUSTER HARRIS, § | |
| Defendant § | |

### DEFENDANTS' JOINT ANSWER TO INTERVENOR
### FIRST NATIONAL BANK'S COMPLAINT IN INTERVENTION

**To The Honorable Judge of Said Court:**

Defendants **Kandi Sue, Inc.** and **Buster Harris**, for their joint answer to the Complaint in Intervention of **First National Bank**, Intervenor, respectfully show unto the Court the following:

### I.
### Admissions

1. Defendants admit the allegations of Paragraph 1, 2 and 3 and each subparagraph thereof.

### Prayer

WHEREFORE, premises considered, Defendants **Kandi Sue, Inc.** and **Buster Harris** pray that on final trial Intervenor **First National Bank** be granted judgment and declaratory relief against Underwriters Insurance Company as prayed by said Intervenor, and for such other and further relief to which Intervenor may be justly entitled.

Respectfully submitted,

*[signature]*

Jack G. Carinhas, Jr.
S.B. 03795000
Fed ID #1179
302 Kings Highway, Suite 109
Brownsville, Texas 78521
Tel:  956/542-9161
Fax:  956/542-3651
Attorney-in-Charge

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Answer was mailed to Mr. Dennis Sanchez, Sanchez, Whittington, Janis & Zabarte, L.L.P. 100 North Expressway 83, Brownsville, Texas 78521-2284, and all other counsel of record in accordance with the Rules by First Class Letter, this 25Th day of January, 2002.

*[signature]*

Jack G. Carinhas, Jr.