UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 1 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNDERWRITERS INSURANCE COMPANY | § § § | |
| | § | Civil Action No. 01-CV-186 |
| VS | § | Rule 9(h) Admiralty |
| | § | |
| KANDI SUE, INC. AND BUSTER HARRIS | § § | |

### INTERVENOR'S CERTIFICATION OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

COMES NOW Intervenor, Roberson Marine Services, and certifies that the following are believed to be interested parties in this litigation:

1. Underwriters Insurance Company, *Plaintiff*

2. Kandi Sue, Inc., *Defendant*
   HC 70, Box 18
   Brownsville, Texas 78421

3. Buster Harris, *Defendant*
   HC 70, Box 18
   Brownsville, Texas 78421

4. First National Bank
   701 E. Levee
   Brownsville, Texas 78520

5. Roberson Marine Services, *Intervenor*
   P.O. Box 1513
   Port Aransas, Texas 78373

6. Mark Cohen, *Plaintiff's attorney*
   Cohen, Gorman & Putnam, L.L.P.
   The Niels Esperson Building
   808 Travis Street, Suite 808
   Houston, Texas 77002-5710

Page 1

7. Jack G. Carinhas, Jr., *Defendant's attorney*
   Attorney at Law
   302 Kings Highway, Suite 109
   Brownsville, Texas 78351

8. Dennis Sanchez, *Attorney for First National Bank*
   Sanchez Whittington Janis Zabarte, L.L.P.
   100 N. Expressway 83
   Brownsville, Texas 78521

9. Les Cassidy, *Intervenor's attorney*
   Woolsey & Cassidy, P.C.
   1020 Bank of America
   500 N. Water
   Corpus Christi, Texas 78471

Intervenor agrees to supplement this disclosure if further information is obtained as requested by the Court.

Respectfully submitted,

_____
Les Cassidy
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
(361) 887-2965 office
(561) 887-6521 fax

State Bar Number 03979270
Federal ID Number 5931
Attorney in Charge for Intervenor
Roberson Marine Services

Page 2

## CERTIFICATE OF SERVICE

I hereby certify that this document was forwarded on this the 28th day of January, 2002, by fax and U.S. Mail to:

Mark Cohen
Cohen, Gorman & Putnam, L.L.P.
The Niels Esperson Buidling
808 Travis Street, Suite 808
Houston, Texas 77002-5710

Jack G. Carinhas, Jr.
Attorney at Law
302 Kings Highway, Suite 109
Brownsville, Texas 78351

Dennis Sanchez
Sanchez Whittington Janis Zabarte, L.L.P.
100 N. Expressway 83
Brownsville, Texas 78521

_____
Les Cassidy

Page 3