32



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNDERWRITERS INSURANCE COMPANY | § | |
| | § | Civil Action No. 01-CV-186 |
| VS | § | Rule 9(h) Admiralty |
| | § | |
| KANDI SUE, INC. AND BUSTER HARRIS | § | |

**INTERVENOR'S CERTIFICATION OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE DIVISION:

COMES NOW Intervenor, Roberson Marine Services, and certifies that the following are believed to be interested parties in this litigation:

1. Underwriters Insurance Company, *Plaintiff*

2. Kandi Sue, Inc., *Defendant*
   HC 70, Box 18
   Brownsville, Texas 78421

3. Buster Harris, *Defendant*
   HC 70, Box 18
   Brownsville, Texas 78421

4. First National Bank
   701 E. Levee
   Brownsville, Texas 78520

5. Roberson Marine Services, *Intervenor*
   P.O. Box 1513
   Port Aransas, Texas 78373

6. Mark Cohen, *Plaintiff's attorney*
   Cohen, Gorman & Putnam, L.L.P.
   The Niels Esperson Building
   808 Travis Street, Suite 808
   Houston, Texas 77002-5710

7. Jack G. Carinhas, Jr., *Defendant's attorney*
Attorney at Law
302 Kings Highway, Suite 109
Brownsville, Texas 78351

8. Dennis Sanchez, *Attorney for First National Bank*
Sanchez Whittington Janis Zabarte, L.L.P.
100 N. Expressway 83
Brownsville, Texas 78521

9. Les Cassidy, *Intervenor's attorney*
Woolsey & Cassidy, P.C.
1020 Bank of America
500 N. Water
Corpus Christi, Texas 78471

Intervenor agrees to supplement this disclosure if further information is obtained as requested by the Court.

Respectfully submitted,

Les Cassidy
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
(361) 887-2965 office
(561) 887-6521 fax

State Bar Number 03979270
Federal ID Number 5931
Attorney in Charge for Intervenor
Roberson Marine Services

# CERTIFICATE OF SERVICE

I hereby certify that this document was forwarded on this the 28th day of January, 2002, by fax and U.S. Mail to:

Mark Cohen
Cohen, Gorman & Putnam, L.L.P.
The Niels Esperson Buidling
808 Travis Street, Suite 808
Houston, Texas 77002-5710

Jack G. Carinhas, Jr.
Attorney at Law
302 Kings Highway, Suite 109
Brownsville, Texas 78351

Dennis Sanchez
Sanchez Whittington Janis Zabarte, L.L.P.
100 N. Expressway 83
Brownsville, Texas 78521

Les Cassidy