35

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

FEB 14 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNDERWRITERS INSURANCE COMPANY, | § § § | |
| Plaintiff | § § | C.A. NO. B-01-CV-186 |
| VS. | § § | Admiralty - Rule 9(h) |
| KANDI SUE, INC. AND BUSTER HARRIS, | § § | |
| Defendants | § | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

The following entities and individuals are financially interested in the outcome of this litigation:

1. Underwriters Insurance Company

2. Center Marine Managers, Inc.

3. Kandi Sue, Inc.

4. Mr. Buster Harris

5. First National Bank of Brownsville, Texas

6. Roberson Marine Services of Port Aransas, Texas

Respectfully submitted,

By: /s/ Mark Cohen
Mark Cohen
State Bar No. 04508395
Federal Bar No. 2807
The Niels Esperson Building
808 Travis, Suite 808
Houston, Texas 77002
Telephone: (713) 224-0628
Facsimile:  (713) 224-7487
Attorney for Plaintiff
Underwriters Insurance Company

OF COUNSEL:

COHEN, GORMAN & PUTNAM, L.L.P.

-2-

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Certificate of Interested Parties was forwarded to the following counsel of record by facsimile and first class United States Mail on this //*th*___ day of February, 2002:

Jack G. Carinhas, Jr.
302 Kings Highway, Suite 109
Brownsville, Texas 78521

Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

Dennis Sanchez
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284

_____
OF COHEN, GORMAN & PUTNAM, L.L.P.

01002/certificate.parties.020802