36

**DECLARATION OF NOT FOUND**
**(DUE AND DILIGENT SEARCH)**

**ORIGINAL**

CASE# B-01-186          Court #                    FGN/CSE#   United States District Court
                                                              Southern District of Texas
                                                                      FILED

UNDERWRITERS INSURANCE COMPANY                                  FEB 1 9 2002

VS.
                                                              Michael N. Milby
KANDI SUE, INC. AND BUSTER HARRIS                             Clerk of Court

   I, **Dan Phillips**         , on the following dates, was over the age of 18 years; and was not a party to this action.

I, received a SUMMONS IN A CIVIL ACTION
on, February 1, 2002.  at 11:38:07 in Cause No. B-01-186

And that after due and diligent effort listed below I have been unable to effect personal service upon: **Underwriters Insurance Company**
            **By Serving It's Reg. Agent: David Van Tien**

DATE        TIME       ADDRESS / REASON FOR NON-SERVICE                          PCP Ref# H0202  15
-----------------------------------------------------------------------------------------------
2/04/2002   12:05 AM   450 Gears Road, Suite 750 Houston TX 77067
   THERE IS NO SUITE 750 AND UNABLE TO FIND LISTING FOR COMPANY, EVEN WITH HELP OF SECURITY GUARD. LEASING OFFICE CLOSED.

I, declare under penalty that the foregoing is true and correct.

                                                _____
                                                Dan Phillips
                                                OR/I.D. #_____

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned Notary Public, on the __11__ day of
__February_____ 2002.

                                                _____
Service Fee $_____                         Notary Public

Client : PCP Brownsville
Fax #  : (956) 546-5551

LARRY HANNA
MY COMMISSION EXPIRES
August 16, 2005

Professional Civil Process
700 Paredes Ave. #208
Brownsville, Texas 78520
Tel. (956) 546-1313

Professional Civil Process
700 Paredes Ave., #208
Brownsville, Texas 78520
Tel. (956) 546-1313