*37*

United States District Court
Southern District of Texas

FEB 2 1 2002

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

| | |
|---|---|
| CIVIL ACTION NO. __B-01-186__ | DATE & TIME: __02-21-02 AT 1:30 P.M.__ |

| | | |
|---|---|---|
| UNDERWRITERS INSURANCE CO. | PLAINTIFF(S) | __MARK COHEN__ |
| FIRST NATIONAL BANK | COUNSEL | __DENNIS SANCHEZ__ |
| | | __LESLIE D. CASSIDY, III__ |
| VS. | | |
| KANDI SUE, INC., ET AL. | DEFENDANT(S) | __JACK G. CARINHAS, JR.__ |
| | COUNSEL | |

---

Attorneys Jeff Putnam and Leslie Cassidy appeared telephonically and attorneys Dennis Sanchez and Jack Carinhas appeared in chambers.

Scheduling dates were selected.