3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNDERWRITERS INSURANCE COMPANY | § |
| FIRST NATIONAL BANK | § |
| ROBERSON MARINE SERVICES | § |
| | § |
| VS. | § |
| | § |
| KANDI SUE, INC. | § |
| BUSTER HARRIS | § |

CIVIL ACTION NO. B-01-186

## O R D E R

On this day came on to be considered the **initial pretrial conference** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1)   Defendants Motion for Summary Judgment must be filed by **April 12, 2002.**
Response must be filed by **May 17, 2002.**

(2)   Plaintiffs' experts designation and reports must be filed by **May 24, 2002.**
Defendant and Intervenor's experts designation and reports must be filed by **June 28, 2002.**

(3)   All discovery in this case must be completed by **July 26, 2002.** If additional time is required, a motion requesting such extension must be filed no later than **June 7, 2002.** Failure to file such motion shall preclude further discovery.

(4)   A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **September 27, 2002.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(5)   A final pretrial and settlement conference is set for **September 27, 2002 at 1:30 P.M.**

(6)  Trial on the merits will be set at the docket call on **October 31, 2002 at 8:30 A.M.** by Judge Filemon B. Vela.

DONE at Brownsville, Texas, on this 21st day of Feburary, 2002.

John Wm. Black
United States Magistrate Judge