


United States District Court
Southern District of Texas
FILED

APR 0 4 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNDERWRITERS INSURANCE COMPANY, | § § § | |
| Plaintiff | § § | |
| VS. | § § | C.A. NO. B-01-CV-186<br>Admiralty - Rule 9(h) |
| KANDI SUE, INC. AND BUSTER HARRIS, | § § | |
| Defendants | § | |

**PLAINTIFF'S ANSWER TO INTERVENOR
ROBERSON MARINE SERVICES' PETITION TO INTERVENE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Underwriters Insurance Company, Plaintiff herein, and files its Answer to Intervenor Roberson Marine Services' Petition to Intervene, and respectfully would show as follows:

**FIRST DEFENSE**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Plaintiff would show that Intervenor has failed to state a claim against Plaintiff upon which relief can be granted.

**SECOND DEFENSE**

In reference to the specific allegations of Intervenor, Plaintiff would show as follows:

I.

1. Plaintiff denies Intervenor's allegations for lack of sufficient information to form a belief as to their truth. This allegation does not specifically require a response from Plaintiff, but is otherwise denied.

**THIRD DEFENSE**

Plaintiff contends it has no contract or other legal relation or obligation to Intervenor, and is therefore not liable for any damages or losses alleged herein by Intervenor.

## FOURTH DEFENSE

Plaintiff contends there is a failure of consideration.

## FIFTH DEFENSE

Plaintiff asserts the statute of frauds.

## SIXTH DEFENSE

Plaintiff would show that Intervenor has failed to adequately or properly mitigate its damages.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Underwriters Insurance Company, prays that Intervenor Roberson Marine Services' claims intervention be dismissed with prejudice, and that Plaintiff have all further relief to which it may be justly entitled to receive, including the award of attorney's fees and costs.

Respectfully submitted,

By: /s/ Mark Cohen
Mark Cohen
State Bar No. 04508395
Federal Bar No. 2807
The Niels Esperson Building
808 Travis, Suite 808
Houston, Texas 77002
Telephone: (713) 224-0628
Facsimile:  (713) 224-7487
Attorney for Plaintiff and Counter-Defendant,
Underwriters Insurance Company

OF COUNSEL:

COHEN, GORMAN & PUTNAM, L.L.P.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was forwarded to the following counsel of record by facsimile and first class United States Mail on this ___1st___ day of ___April___ 2002:

Jack G. Carinhas, Jr.
302 Kings Highway, Suite 109
Brownsville, Texas 78521
*Facsimile: (956) 542-3651*

Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
*Facsimile: (361) 887-6521*

Dennis Sanchez
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521
*Facsimile: (956) 546-3766*

_____
OF COHEN, GORMAN & PUTNAM, L.L.P.

01002/Plaintiff.answer.intervenor.032502