42

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 2 4 2002

Michael N. Milby
Clerk of Court

UNDERWRITERS INSURANCE §
COMPANY, §
    Plaintiff §
               §
               §    C.A. NO. B-01-CV-186
VS. §    Admiralty - Rule 9(h)
               §
KANDI SUE, INC. AND BUSTER HARRIS, §
    Defendants §

**PLAINTIFF/COUNTER-DEFENDANT UNDERWRITERS INSURANCE COMPANY'S
DESIGNATION OF EXPERT WITNESSES**

NOW COMES Underwriters Insurance Company, Plaintiff/Counter-Defendant herein,

designating its expert witnesses as follows:

**I.**

Plaintiff/Counter-Defendant designates the following individuals as experts who may testify

at trial:

1.     Edward V. Bravenec, Ph.D., P.E.
       Anderson & Associates, Inc.
       919 F.M. 1959
       Houston, Texas 77034-5425
       Telephone: (281) 481-5840

       Dr. Bravenec is a metallurgist who performed a metallurgical analysis of a
       hole in a hull plate from the F/V ENSOLIDO. He may testify regarding the
       condition of the F/V ENSOLIDO, the cause of the foundering, damages, cost
       of repair and/or replacement, depreciation, mitigation of damages, causation,
       salvage and related matters. Dr. Bravenec's reports to date have been
       produced. Dr. Bravenec's Curriculum Vitae, list of publications, list of cases
       in which he has testified as an expert, and his fee/rate schedule are produced
       herein at Bates No. 81 to 91.

2.     Carlton Reyes
       Reyes Marine Industries, Inc.
       104 Huisache Street
       Los Fresnos, Texas 78566
       (956) 233-4734

Mr. Reyes is a marine surveyor who surveyed the F/V ENSOLIDO. He may testify regarding the condition of the F/V ENSOLIDO before and after her foundering, as well as the cause of the foundering, damages, cost of repair and/or replacement, depreciation, mitigation of damages, salvage and other related matters. Mr. Reyes's reports were previously produced.

3.      Morgan Gross
        c/o Border Shipyards, Inc.
        HC 70, Box 5
        Brownsville, Texas 78521

Mr. Gross is the manager of Border Shipyards at Port of Brownsville and may testify regarding inspections or repairs to the F/V ENSOLIDO, damages, cost of repair and/or replacement, depreciation, causation, mitigation of damages, salvage and other related matters.

4.      Mark Wolfe
        Mile 553 Shipyard
        c/o 110 Blanco Street
        Portland, Texas 78374
        (361) 758-5379

Mr. Wolfe is the manager of the Mile 553 Shipyard and may testify regarding inspections or repairs to the F/V ENSOLIDO, damages, cost of repair and/or replacement, depreciation, causation, mitigation of damages, salvage and other related matters.

5.      Ray Wolf
        Commercial Diving, Inc.
        Star Route 9A
        Brownsville, Texas 78521
        (956) 831-2980

Mr. Wolf is a marine surveyor who may testify regarding the condition of the F/V ENSOLIDO before and after her foundering, as well as the cause of the foundering, damages, cost of repair and/or replacement, depreciation, mitigation of damages, salvage and other related matters.

6.      Richard Palmetto
        Underwater Services, Inc.
        Post Office Box 1461
        Aransas Pass, Texas 78335-1461
        (361) 758-7487

-2-

Mr. Palmetto is a marine surveyor who assisted the F/V ENSOLIDO. He may testify regarding the condition of the F/V ENSOLIDO before and after her foundering, as well as the cause of the foundering, damages, cost of repair and/or replacement, depreciation, mitigation of damages, salvage and other related matters.

7.    Mr. Mark A. McAllister
      McAllister Marine Surveying Co.
      P. O. Box 6375
      Corpus Christi, Texas 78466
      Telephone: (361) 882-4677

Mr. McAllister is a marine surveyor who surveyed the F/V ENSOLIDO. He may testify regarding the condition of the F/V ENSOLIDO before and after her foundering, as well as the cause of the foundering, damages, cost of repair and/or replacement, depreciation, mitigation of damages, salvage and other related matters. Mr. McAllister's reports to date have been produced. Mr. McAllister's Curriculum Vitae, list of publications, list of cases in which he has testified as an expert, and his fee/rate schedule are produced herein at Bates No. 92 to 97.

8.    Any witness designated, designated by reference, called or used by Defendant/Counter-Plaintiff or Intervenors.

9.    Any witness designated, called or used by another party as an expert.

10.   Any witness who prepared a report with regard to the incident made the basis of this lawsuit.

## II.

Plaintiff/Counter-Defendant reserves the right to elicit by cross-examination the opinion testimony of experts designated and/or called by other parties to this suit.

## III.

Plaintiff/Counter-Defendant reserves the right to supplement this designation further within the time limitations imposed by the Court and/or by any alterations of same by subsequent Court order and/or by agreement of the parties pursuant to the Federal Rules of Civil Procedure and/or the Federal Rules of Evidence.

**IV.**

Plaintiff/Counter-Defendant reserves the right to withdraw the designation of any expert witness and to aver positively that such previously designated expert will not be called as an expert witness at trial and to re-designate same as a consulting expert who cannot be called by opposing counsel.

**V.**

Plaintiff/Counter-Defendant reserves the right to call undesignated expert witnesses in rebuttal, whose identities and testimony cannot reasonably be foreseen until the Plaintiff/Counter-Defendant has presented its evidence at trial.

**VI.**

Plaintiff/Counter-Defendant reserves the right to elicit any expert testimony and/or lay opinion testimony that would assist the trier of fact in determining material issues of fact and that would not violate the Federal Rules of Civil Procedure and/or the Federal Rules of Evidence.

**VII.**

Plaintiff/Counter-Defendant designates and may call to testify as adverse witnesses any and all representatives of the Defendant/Counter-Plaintiff or Intervenors.

**VIII.**

Plaintiff/Counter-Defendant reserves any and all additional rights they may have with regard to expert witnesses and testimony under the Federal Rules of Civil Procedure, the Federal Rules of Evidence, case law and rulings of this Honorable Court.

Respectfully submitted,

By: _____

Mark Cohen
State Bar No. 04508395
Federal Bar No. 2807
The Niels Esperson Building
808 Travis, Suite 808
Houston, Texas 77002
Telephone: (713) 224-0628
Facsimile:  (713) 224-7487
Attorney for Plaintiff and Counter-Defendant,
Underwriters Insurance Company

OF COUNSEL:

COHEN, GORMAN & PUTNAM, L.L.P.

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May 2002, a copy of the foregoing was mailed by

certified mail, return receipt requested to the following counsel of record:

Jack G. Carinhas, Jr.
302 Kings Highway, Suite 109
Brownsville, Texas 78521
*Certified Receipt No. 7001 2510 0001 8288 3686*

Dennis M. Sanchez
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521
*Certified Receipt No. 7001 2510 0001 8288 3693*

Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471
*Certified Receipt No. 7001 2510 0001 8288 3709*

_____
Of Cohen, Gorman & Putnam, L.L.P.

01002\designate.witnesses.052202

ANDERSON & ASSOCIATES 002

# ANDERSON & ASSOCIATES

CONSULTING METALLURGICAL ENGINEERS AND TESTING LABORATORY

## RESUME

**Name:** **Edward Victor Bravenec, Ph.D., P.E., FASM, FASME**

### Educational Background

B.S. Metallurgical Engineering, University of Texas at El Paso 1956; M.S. Industrial Engineering, University of Houston 1961; Ph.D. Metallurgy, Pacific Western University 1979. Educational Courses in Welding, Corrosion, Heat Treating, Quality Control, Quality Assurance, Fracture Mechanics, Failure Analysis, Thermodynamics, Kinetics, Heat Transfer, Plasticity, Material Applications, Specifications and others.

### Experience

| | |
|---|---|
| Eastern States Petroleum - | Corrosion/Materials Engineer (1 year) |
| Hughes Tool Company - | Research Metallurgist in the research laboratory. Material development and failure/wear analysis (1 year) |
| Armco, Inc. - | Process/Product Metallurgist, Senior Metallurgist, Supervising Metallurgical Engineering, Manager of Specifications, Quality Assurance and Metallurgical Engineering. Worked in all phases of Steel Making, Processing, Heat Treating, Application, Quality Control, Quality Assurance and Customer/Technical Service (failure analysis) - (27 years) |
| Anderson & Associates, Inc. - | Chief Metallurgical Engineer for a firm of Consulting Metallurgical Engineers and a Metallurgical Testing Laboratory (1/11/84-6/1/89) |
| | V.P. Engineering 6/1/89 to present |

ANDERSON & ASSOCIATES ☎003

Page 2

## Technical Activities

P.E.    Registered Professional Metallurgical Engineer (Serial #19563) in the State of Texas

ASM    Member, Fellow and Past Chairman of Houston Chapter of American Society for Metals; Contributor to Volume IX ASM Metals Handbook. Past Member of National Membership committee, Contributor to new Volume IX. Two papers in Volume 1, one paper in Volume 2 - Handbook of case histories in Failure Analysis

ASME   Member and Fellow of American Society of Mechanical Engineers, Past Chairman of Fabrication Procedures and Standards Committee.  Conference(s) Speaker, Technical Session(s) Organizer and Chairman. Nine ASME Publications.

ASQC   Senior Member of American Society for Quality Control, Conference Co-Chairman Arrangements Committee, Guest Speaker.

NACE   Guest Speaker, Short Course(s) Lecturer

AIME   Guest Speaker

AWS Guest Speaker, Short Course Lecturer

ASNT Guest Speaker, Short Course(s) Lecturer

## Academic Activities

ALPHA PHI MU                 Charter Member Honorary Industrial Engineering Society, University of Houston

SIGMA GAMMA EPSILON          Member of Honorary Earth Science Society, University of Texas at El Paso

ALPHA SIGMA MU               Associate Member, National Metallurgical Honorary Society, University of Texas at El Paso

ALPHA RHO CHI                Member, Honorary Welding Society, San Jacinto College

UNIV. OF HOUSTON Guest Lecturer

TEXAS A&M UNIV.  Guest Lecturer

RICE UNIVERSITY Guest Lecturer

SAN JACINTO COLLEGE Guest Lecturer

<u>Technical Talks</u>
Has presented over fifty technical talks and lectures to national technical societies and universities.  The substance of these talks were concerned with Brittle Fractures, Practical Fracture Mechanics, Vanadium-Nitrogen Steels, Why Steels Rust, ASTM/ASME/AISI Specifications, Electrode Manipulation of Deposited Notch Toughness Steel, Q.A. Manual Writing, Q.A. Auditing, Why Q.A., Fatigue Mechanisms, Case Studies of Brittle Failure, New Developments in Steel Production, etc.  Has also taught several hundred hours of Metallurgy courses to thousands of students, covering all phases of Ferrous Metallurgy.

<u>Publications</u>
Has over thirty national publications, plus fifty intra company (Armco, Inc.) research papers. These papers cover all phases of Ferrous Metallurgy from melting-processing-heat treating-fabrication-welding and analysis of failures as well as Quality Assurance functions. Has written over 3500 Failure Analysis Reports for clients.

<u>Research</u>
Research areas include high and low temperature properties of Ferrous and Nickel base alloys, processing of materials and quality functions.

<u>Honors</u>
Some of the honors received are:

1.) METALS MAN OF THE MONTH - ASM Houston Chapter

2.) COMMENDATION - from the South Texas Section of ASME

Page 4

3.) AWARD FOR MERITORIOUS SERVICE - an outstanding example of Professional Engineering South Texas Section of ASME

4.) CERTIFICATE OF APPRECIATION - ASME National

5.) JUDGING CHAIRMAN - International Science & Engineering Fair

6.) ELECTED FELLOW OF ASM

7.) ADVISOR BOARD - Appointed for San Jacinto Junior College Welding Technical School

8.) MEMBERSHIP COMMITTEE - Appointed by ASM National

9.) CHAIRMANS AWARD - ASM Houston Chapter

10.) Listed in Marquis Men & Women of Science

11.) Listed in Marquis Who's Who in Science & Engineering

12.) Listed in Platinum Edition of the Who's Who Registry

13.) Listed in Who's Who in Science in the South

14.) Listed in Men of Achievement - Cambridge Press

15.) Listed in American Men & Women of Science

16.) Listed in Marquis Who's Who in the World

17.) Listed in Marquis Who's Who in America

18.) ELECTED FELLOW OF ASME

19.) ASME (1999) W.R. Woolrich - Engineer of the Year Award

EDWARD V. BRAVENEC, P.E., Ph.D., FASM, FASME

PUBLICATIONS
-------------------

1.    Metals Progress, August 1969 - High Strength Low Alloys

2.    ASME  Publications 71-PVP-53

3.    ASME  Publications 71-PET-18

4.    Canadian ASME Publications 71-PVP-53

5.    Chemical Engineer, July 10, 1972,  pp. 100-104

6.    OTC May 1974

7.    ASM Metals Handbook Vol. #9, pp. 383-385 - Example of Fracture Modes

8.    ASME Publications 75-AW/PVP-18

9.    ASME Volume IV, Designs and Applications 1976,  pp. 332-349 - Brittle Fracture in Steel

10.   ASM Source Book on Material Selection, Vol. #1, March 1977, pp. 144 - Examples of

      Metal Fractures

11.   ASME Publication 86-PET-57

12.   ASME Publication 77-PVP-20

13.   ASME Mechanical Engineer, November 1978, Lead Article,  pp. 33-37

14.   Pacific Western University, PH.D. These, April 1979 - Development of a V-N Steel

15.   Houston Engineer, May 1979, pp. 18-21 - Why Q.A. ?

16.   ASME Publication 90-C2/PVP-17 - Weld Electrode Techniques

17.    ASME Publication SA/W36-1984 - Q.A.  Vendor Auditing

18.    ASM Source Book on Fractography, Vol. #12,  March 1987 - Example of Fatigue

Fractures

19.    ASM Source Book on Failure Analysis, Vol. #11, November 1986 - Example of Fracture

Modes

20.    ASM Handbook of Case Histories in Failure Analysis - Vol. I, pp. 251-260, Fatigue of

Stainless Steel Impeller Blades (1992)

21.    ASM Handbook of Case Histories in Failure Analysis - Vol. I, pp. 287-290 Failure Analysis

of a Carrier Shaft (1992)

22.    ASM Handbook of Case Histories in Failure Analysis - Vol. II, Stress Corrosion of a 2nd

Stage Impeller (1994)

23.    Cambridge Press (England) - Journal of Engineering Failure Analysis - Failure Analysis of a

Domestic Water Booster Pump (1994)

24.    3rd International Conference and Exhibition on Improving Reliability "Metallurgical Failure

Analysis of Three FCCU Expansion Joint Bellows." (1994)

25.    1994 VMA Technical Conference - Valve Requirements for the Evolving Power Industry -

"Metallurgical Failure Analysis of Valve Components: Case Studies" (1994)

26.    Valve Magazine - Metallurgical Failure Analysis of Value and Valve Components - Lead

Article,  Fall 1995



# ANDERSON & ASSOCIATES

CONSULTING METALLURGICAL ENGINEERS, AND TESTING LABORATORY

## DR. EDWARD V. BRAVENEC

| LAW FIRM | BILL NO. | BILL DATE | TITLE |
|---|---|---|---|
| Onstad, Kaiser & Fontaine | 91-95 | 1-31-95 | Deposition (Cause #92-61767; Terry Speer and Monica DeLeon v. St. Francis Partners, LP, SFG Limited Partnership, AGS-I, Inc. G.P., Individually and d/b/a Silver Shadow, Silver Shadow Apartments and Banifield Properties, Inc.; 55th Judicial District Court of Harris County, Texas |
| Debra L. Gallington | 93-95 | 1-31-95 | Deposition (Cause #9316015; Pamela Taylor Individually and a/n/f of Jarmon Raynard Taylor, Darwin Richardson and Margaret Taylor vs. Krieger Medical, Inc. and Pressed Steel Tank Co.; 165th Judicial District, District Court of Harris County, Texas |
| Rosen & Newey | 165-95 | 2-17-95 | Deposition (Kelly Simpson, Ruth Carter and Leslie Vallone) |
| Leslie G. McLaughlin | 317-95 | 3-24-95 | Deposition (Cause #D-93,997 – Albert James Bird and Pam Bird, v. Gerald Laney, Individually and d/b/a Transport & Tank Specialties, 358th Judicial Court of Ector County, Texas |
| Weiss & Associates | 481-95 | 4-26-95 | Deposition (Cause #93-57367, Plains Resources, Inc. v. ADCOR-Nicklos Drilling Co., 334th Judicial Court District of Harris County, Texas |
| Rosen & Newey | 554-95 | 5-8-95 | Deposition (Edith N. Richards, Mary Ruth Jenke & Sally S. Daugherty) |
| Theus, Grisham, Davis & Leigh | 603-95 | 5-19-95 | Deposition (Keith Wayne Smith v. Standard Supply & Hardware - #92-2525) |
| Wright, Chaney, Berry & Daniel | 908-95 | 8-23-95 | Deposition (#94-6133, Freddy Tigue and Charlotte Tigue v. White- |

ANDERSON & ASSOCIATES

| | | | |
|---|---|---|---|
| | | | Westhinghouse, a Division of White Consolidated Ind., District Court for the Western District of Arkansas Hot Springs Division) |
| Orgain, Bell & Tucker | 1211-95 | 11-20-95 | Deposition (Cause #D-149,980 Genco Ind. V. Brittain Supply Co.) |
| Wright, Chaney, Berry & Daniel | 104-96 | 1-26-96 | Trial (Case #CIV-94-30 Freddy Tigue and Charlotte Tigue v. White-Westinghouse, Montomery County Circuit) |
| Donato & Associates | 489-96 | 4-25-96 | Frontier Refinery, Inc. v. Reliance Electric Industrial Co., Doc. 140, No. 405, In the First Judicial District Court of Laramie County, Wyoming |
| Taylor, Porter, Brooks & Phillips | 563-96 | 5-15-96 | Deposition – Cory Martin v. CM Ins. Co., columbus McKinnon Corp. & Dixie Ind., Inc. |
| Orgain, Bell & Tucker | 688-96 | 6-14-96 | Trial Testimony (Cause #D-146,980 Genco Ind., v. Brittain Supply Co.) |
| Munoz, Hockema & Reed | 774-96 | 7-9-96 | Deposition (Cause #9362) |
| Shapiro & Watson | 908-96 | 8-12-96 | Testimony (Cause #91-052384 Ella Gladys Greenwood v. R.d. Warner) |
| Liskow & Lewis | 1211-96 | 10-9-96 | Deposition (Total Minatome Corp. v. Columbia Gas Transmission Co.) |
| Henderson, Hammon & Carp | 1412-96 | 11-20-96 | Deposition (Machala v. Computed Imaging Serv., Inc.) |
| Jackson & Walker | 1413-96 | 11-20-96 | Deposition Machala v. Computed Imaging Serv., Inc.) |
| Gann, Miller & Edwards | 265-97 | 2-27-97 | Deposition (Wesley Wasicek v. Chiefs Automotive Systems) |
| Odom & Carp | 365-97 | 3-25-97 | Trial (#95V-012, Josephine Machala v. Computed Imaging Service, 155th Judicial Distric Court of Austin County, Texas) |
| Gann, Miller & Edwards | 793-97 | 6-17-97 | Court time (Wesley Wasicek v. Chiefs Automotive Systems) |
| Donato & Associates | 1021-97 | 7-30-97 | Frontier Refinery, Inc. v. Reliance Electric Industrial Co., Doc. 140, No. 405, In the First Judicial District Court of Laramie County, Wyoming |
| Donato & Associates | 1103-97 | 8-15-97 | Frontier Refinery, Inc. v. Reliance Electric Industrial Co., Doc. 140, No. 405, In the First Judicial District Court of Laramie County, |

ANDERSON & ASSOCIATES @010

| | | | |
|---|---|---|---|
| | | | Wyoming |
| Donato & Associates | 1320-97 | 9-24-97 | Frontier Refinery, Inc. v. Reliance Electric Industrial Co., Doc. 140, No. 405, In the First Judicial District Court of Laramie County, Wyoming |
| Benson, Robinson & Wood | 1691-97 | 12-5-97 | Deposition (Woodrow W. Smith, Administrator of the Estate of Mary Elizabeth Smith, Deceased and Individually v. Hobby Lobby Stores, Inc. and Everstar Merchandise Co., Inc. United States District Court, Western District of Arkansas, Fayetteville Division, Civil Case No. 96-5146) |
| Lightle, Beebe, Raney, Bell & Simpson | 1692-97 | 12-5-97 | Deposition (Woodrow W. Smith, Administrator of the Estate of Mary Elizabeth Smith, Deceased and Individually v. Hobby Lobby Stores, Inc. and Everstar Merchandise Co., Inc. United States District Court, Western District of Arkansas, Fayetteville Division, Civil Case No. 96-5146) |
| Armbrust, Brown & Davis | 1357-98 | 10-23-98 | Engineer Time and Expense for Deposition (Western Gulf v. Valero d/b/a/ and Southern Trans.) |
| Armbrust, Brown & Davis | 1358-98 | 10-23-98 | Engineering Time and Expense for Deposition (Cause No. 26084; Air Tractor, Inc. v. Hobbs Corporation, et al.; 90th Judicial District Court, Young County, Texas) |
| Mehaffy & Weber | 578-99 | 6-5-99 | Engineering Time and Expense for Deposition (Burton Shipyard vs. Shoreline Lift Boat, Inc. – M & W 66081) |
| Mehaffy & Weber | 850-99 | 8-31-99 | Preparation and Deposition Time – Cause #A-960,523-C: (Burton Shipyard vs. Shoreline Lift Boat, Inc.) |
| Wright Law Firm | 916-99 | 9-28-99 | Deposition Time – Lamar Moore as Administrator of the Estate of M.B. Moore (Deceased) vs. GMC – CIV-98-042-2 |
| Bingham & Mann | 29-2000 | 1-14-2000 | Civil Action No. H98-2633; Carrier Corp. vs. Advanced Technologies, Inc. |

ANDERSON & ASSOCIATES

| Bingham & Mann | 89-2000 | 2-3-2000 | Deposition Time – Civil Action No. H98-2633; Carrier Corp. vs. Advanced Technologies, Inc. |
| Hughes, Watters & Askanase | 369-2001 | 4-24-2001 | Deposition Time & Expenses – Cause No. 99-62296; Allianz Ins. Co. of Canada vs. Honeywell, Inc., et al |



**ANDERSON&**
**ASSOCIATES**
CONSULTING METALLURGICAL ENGINEERS AND TESTING LABORATORY

January 1, 2002

## PERSONNEL AND REPORT FEE SCHEDULE

**DESCRIPTION**

| | |
|---|---|
| Senior Engineer | 800.00/half day |
| | or |
| | 220.00/per hour |
| Staff Engineer | 500.00/half day |
| | or |
| | 145.00/per hour |
| Senior Technician | 110.00/per hour |
| Staff Technician | 85.00/per hour |
| Clerical | 30.00/per hour |
| Lab Testing | 1,000.00/per day |
| Depositions | 1/2 Day minimum |
| Court Testimony | Full Day minimum |
| Auto Mileage | 0.35/mile |
| Photocopy Charges | 0.12/per page |

**PHOTOGRAPHY**

| | |
|---|---|
| 8 X 10 color prints | 10.00 each |
| 4 X 5 color prints | 2.00 each |

*All hourly personnel charges are billed portal to portal and include transportation time.*
*Most project work is billed at 1/2 day rate, with a 1/2 day being 4 consecutive hours.*

ANDERSON & ASSOCIATES, INC. – 919 F.M. ROAD 1959 • HOUSTON, TEXAS 77034-5425 • (281) 481-5840 • FAX (281) 481-9115

Marc A. McAllister 361/882-4678    p.02

**Marc Andrew McAllister**
1305 N. Shoreline, Suite 302
Corpus Christi, Texas 78401
(361) 882-4677

Offering dedicated service to maritime concerns through the skilled performance of independent marine surveying and consultation on vessels of all size and configuration and on a variety of cargos. Serving the insurance, financial, and legal professions, vessel owners, and other interested parties.

## SKILLS AND ABILITIES

*Hull Condition and Valuation Surveys* – Provide a full narrative report, issue recommendations and determine present and replacement values.

*Damage Surveys* – Provide a full "Found and Recommended" report on hull, machinery, rigging and equipment damage. Negotiate, arrange and supervise salvage. Write specifications for repairs. Obtain competitive bids.

*Catastrophes* – Involvement with hurricanes, oil spills and other natural and man made disasters.

*Vessel on/off hire* – Independent assessment of vessel condition for ship owners and charterers.

*Cargo Surveys* – Conduct cargo outturn, pre-shipment, load and stow, cargo damage, cargo packing, and storage site surveys. Specializing in steel products, break-bulk and perishable cargoes.

*Consultation* – Provide technical maritime information and support in matters of property loss control, crew safety and training, salvage and wreck removal, voyage preparation, ship suitability and cargo packaging design through personal knowledge and research.

## RELEVANT EXPERIENCE

June 1988 – Present    McAllister Marine Surveying Co., *Owner/Principal Surveyor*

Conduct condition & valuation, and hull & machinery damage surveys on ships, commercial hulls, fishing vessels and yachts. Cargo outturn, cargo damage and salvage, cargo load and stow, cargo packing, cargo security and storage site surveys. Surveys on inland marine exposures, construction & transportation equipment and motortruck cargo. Ship repairers legal liability, builders risk, wharfingers, structural and other insurance exposure surveys on businesses including shipyards, marinas, dealerships, and related shoreside facilities. Assess risks with values up to $5 million and control claims with values up to $1 million.

Page 2
Marc Andrew McAllister CMS

June 1985 - June 1988  CIGNA Marine Loss Control Service, *Marine Loss Control Specialist*
Conducted the various surveys described above, as an in house staff marine surveyor.
Provided technical support to marine underwriters and adjusters within the corporation.

June 1983 - June 1985   Hull and Cargo Surveyors, Corpus Christi, TX, *Staff Marine Surveyor*
Conducted the various surveys described above, as an independent staff marine surveyor.

June 1981 - June 1983  Hull and Cargo Surveyors, Houston, TX, *Staff Marine Surveyor*
Conducted the various surveys described above, as an independent staff marine surveyor.

May 1980 - June 1981 National Maritime Union, Houston Local
Sailed as able bodied seaman on international voyages serving on break bulk cargo ships.
Watchstanding, steering, ships maintenance, cargo operations.

May 1979 - May 1980 Woods Hole Oceanographic Institution, Chief Mate R.V. "LULU"
Navigation, watchstanding, in charge of ships maintenance and deck machinery, assisted in
launch and recovery of submersible "ALVIN", handling and offshore recovery of scientific
equipment.  In charge of shipyard labor during refit.

August 1977 - May 1979
Various jobs while working my way through college, including deckhand on 56 ft research
vessel "Excellence" operated by Texas A & M university, deckhand on shrimp boats and
steelyard laborer.


PROFESSIONAL ACTIVITIES

Certified Marine Surveyor — National Association of Marine Surveyors.  Certificate No. 143-
503.
Member - American Boat and Yacht Council. (ABYC)
Member - National Fire Protection Association. (NFPA)
Member - Corpus Christi Power Squadron.
Member - Propeller Club of the United States, Corpus Christi chapter


EDUCATIONAL DEGREES

Brazosport College, Lake Jackson, Texas - May, 1979
Associate of Applied Science - Oceanic and Marine Technology - a U.S.C.G. approved
program documenting Able-bodied Seamen in preparation for offshore license.  Awarded
Texas Marine Safety Association Scholarship (1978) for academic achievement.

**Page 3**
**Marc Andrew McAllister CMS**

**EDUCATIONAL HIGHLIGHTS**

Vessel-Operations, Ship-Management, Marine Economics, Navigation, Ship Maintenance & Engineering, Technical Physics, Marlinespike Seamanship, Marine Electronics, Lifeboatman, Oceanography.

**CONTINUING EDUCATION**

*Marine Insurance Correspondence Course* - CIGNA Property & Casualty Division - Interpretation and rationale of commercial hull and cargo policies of insurance.

*Principals of Loss Control* - Two week intensive program teaching methods and application of property and personnel loss control.

*Total Loss Control Management* - International Safety Academy  Theory and practice of loss control techniques.

*Boats and Yachts Correspondence Course* -  CIGNA Property and Casualty Division - Interpretation and rationale of  yacht  policies of insurance.

*Defense Packing and Unitization* - Department of Defense; U.S. Army Materiel Command - Specifications and methods of  military packing techniques for cargo loss control.

*Marine Insurance Adjusters Course* - and license exam - Leonards-Training Center, Dallas, TX.

*American Society of Appraisers* - Universal Standards of Appraisal Practice

*Texas General Land Office/U.S.C.G.* - National Interagency Incident Management System, I.C.S.

*South Texas Coastal Zone Marine Firefighting Symposium* - Specialized training in shipboard firefighting.

*Houston Marine Insurance Seminar* - annual gathering of marine insurance professionals to hear lectures from experts covering topics pertaining to marine insurance and admiralty law.

*National Association of Marine Surveyors* - National Conference, annual gathering of certified marine surveyors to share information and hear lectures from experts covering various marine topics.

# McALLISTER MARINE SURVEYING COMPANY

## 2002 Schedule of Fees

**SURVEYOR'S FEES**

Yachts - $9.00 per ft. up to 40 ft.
Commercial Hulls - $65.00 per hr./$650.00 per 10 hr. day
Damage, Cargo, Consultation - $65.00 per hr./$650.00 per 10 hr. day

**EXPENSES**

Travel - .50 per mile after 20 miles
Clerical and Filing - $4.00 per text page, $2.00 per photo page
Photos - $2.00 each
Telephone - billed at cost
Postage - billed at cost
Fax - $1.50 per page (domestic), $3.00 per page (international)
Meals, Lodging and travel (air fare, etc.) - billed at cost
State Sales Tax where applicable

**Any additional expenses will be billed at cost plus 10%**

**Volume discounts available**

p.06

# CASE LIST

M/V "SEA RAIDER"    Civil Action # _____
Amoco Production Co. Vs.  Dinko's Marine Service Inc.
Mr. Richard Martini - Billings & Solomon,L.L.P., Houston, Texas


M/V "TRUE LOVE"    Civil Action # 96-100

Dorothy Hall and Earl Eddings vs. Glen Cove Marine, Glen Cove Properties Ltd., Chris Craft
Industries, Inc., A/K/A Chris Craft Boats, Outboard Marine Corporation A/K/A OMC Co.,
Recreational Boat Group, Ltd.
Mr James H. Hunter Jr.- Royston, Rayzor, Vickery and Williams, L.L.P., Brownsville, Texas

M/V "PISCES"    Civil Action # C-95-391

John W. Howell and Rebecca A. Howell vs. John B. Bzerk, Et al
Mr. Daniel D. Pipitone- Pipitone, Schauer, Simank and Ledbetter, Corpus Christi, Texas

M/V "WAVE DANCER"    Civil Action # 93-4961-C

Ronald Grant, Linda Grant, Individually, and as Next Friends of Cody Grant vs. Douglas L.
Norrell, Individually, and d/b/a Little Bay Marine, Inc., Little Bay Marine, Inc.
Mr. S. Mark Strawn- Royston, Rayzor, Vickery and Williams, L.L.P., Corpus Christi, Texas

Bay Inc.    Civil Action # 94-4422-G

David W. Echols vs. Bay, Inc.
Mr. Ralph Meyer- Royston, Rayzor, Vickery and Williams, L.L.P., Corpus Christi, Texas

M/V "F.M. BROWN"    Civil Action # Unknown

_____ vs. Promar Inc.  Affidavit only
Mr. Rick Martini- Billings and Solomon, Houston, Texas

USS "LEXINGTON"    Civil Action # 96-3413-H

Lady Lex Museum on the Bay Association A/K/A USS Lexington Museum on the Bay vs. Alamo
Waterproofing, Inc., Et al
Mr. William J. Chriss- Rangel and Chriss, Corpus Christi, Texas

M/V "SUZANNE GARRETT"    Civil Action # Unknown

Salvador (Arnold) Solis, Jr., Deceased vs. Garrett Construction Company
Mr. Ralph Meyer- Royston, Rayzor, Vickery and Williams, L.L.P., Corpus Christi, Texas


F/V "ELLIDA"    Civil Action # C-95-564-9H

Oscar Campos, Plaintiff vs. Cracker Fleets, Inc. And M/V "ELLIDA", Her engines, Tackle,
Apparel, Etc. In Rem and "ELLIDA", K/S, Her Owner, In Personant
Mr. James F. Buchanan- Kleberg and Head, Corpus Christi, Texas

M/V "GILLEY'S WET DREAM"    Civil Action # Unknown

Jane Godfrey vs. Michael Gilliam
Mr. Michael D. Fisse- Seale, Macaluso, Daigle and Ross, Hammond, Louisiana

F/V "LAURA B"    Civil Action # 96-21538-B-13

Federal Services Corporation vs. Laura T. Ochoa
Mr. Ewing E. Sikes, III- Royston, Rayzor, Vickery and Williams, L.L.P., Brownsville, Texas

M/V "MAC TIDE 63"    Civil Action # 96-1258

Tidewater Marine, Inc., Et al vs. Sanco Int'l., Et al
Mr. J. Timothy Woodard- Nesser, King and Leblanc, L.L.P., New Orleans, Louisiana

F/V "GULF KING 12"    Civil Action # C-93-348 and # C-94-118

Charles Van Hyde vs. Gulf King 12
Mr. Robert W. Woolsey- Woolsey and Cassidy, Corpus Christi, Texas


XELITLA, INC. vs. DIESEL PRODUCTS INC.    Cause # 1999-09-3961-A

PSW Machinery & Parts Corp., and Wenn Moore, D/B/A Moore's Diesel Service; in the District
Court of Cameron County, Texas, 107th Judicial District
Mr. R.E. Lopez, Jr. - Lopez, Peterson & Benavidez, P.L.L.C.