IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 1 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNDERWRITERS INSURANCE COMPANY, | § § § | |
| Plaintiff | § § | C.A. NO. B-01-CV-186 |
| VS. | § § | Admiralty - Rule 9(h) |
| KANDI SUE, INC. AND BUSTER HARRIS, Defendants | § § § | |

## NOTICE OF SETTLEMENT

Pursuant to Southern District of Texas Local Rules 16.3 and 83.5, the Court is hereby advised that the claims between the Plaintiff, Underwriters Insurance Company, and the Defendants, Kandi Sue, Inc. and Buster Harris, and the Intervenor, First National Bank, relating to the coverage and payment of proceeds under the hull policy for the F/V ENSOLIDO have been settled.

Respectfully submitted,

By: _____
Mark Cohen
State Bar No. 04508395
Federal Bar No. 2807
The Niels Esperson Building
808 Travis, Suite 808
Houston, Texas 77002
Telephone: (713) 224-0628
Facsimile: (713) 224-7487
Attorney for Plaintiff
Underwriters Insurance Company

OF COUNSEL:

COHEN, GORMAN & PUTNAM, L.L.P.

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of June 2002, a true and correct copy of the foregoing was served on the following counsel by first class mail:

Mr. Jack G. Carinhas, Jr.
302 Kings Highway, Suite 109
Brownsville, Texas 78521

Mr. Les Cassidy
Woolsey & Cassidy, P.C.
1020 Bank of America
500 North Water Street
Corpus Christi, Texas 78471

Mr. Dennis Sanchez
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521

_____
OF COHEN, GORMAN & PUTNAM, L.L.P.

01002/notice.settlement.062602