IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNDERWRITERS INSURANCE COMPANY, § § | |
| Plaintiff, § § | |
| v. § § | CIVIL ACTION NO. B-01-186 |
| § | ADMIRALTY RULE 9(h) |
| KANDI SUE, INC. AND BUSTER HARRIS, § § | |
| Defendants. § | |

### Final Order of Dismissal

BE IT REMEMBERED that on July 16, 2002, the Court considered the Notice of Settlement [Dkt. No. 44 ], and having been advised by counsel that a settlement has been reached, the Court dismisses this case with prejudice. All Parties shall bear their own costs and attorneys' fees. The Court retains jurisdiction to enforce the settlement. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this 16th day of July 2002.

Andrew S. Hanen
United States District Judge